**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____  Chapter  11

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | OYO Fitness, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | OYO Fitness, LLC |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-3071467 |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 92400 High Drive <br> Leawood, KS 66206 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Johnson | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.oyofitness.com (disabled) |

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | OYO Fitness, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

4543

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:

  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ A plan is being filed with this petition.

  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☐ No.
- ■ Yes.

| District | District of Kansas | When | 11/23/22 | Case number | 22-21144-RDB |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No

    ☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | | Relationship | |
| District | | Case number, if known | |
| | When | | |

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

           Contact name _____

           Phone _____

---

**■ Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 3

☐ $50,001 - $100,000    ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 21, 2024
               MM / DD / YYYY

**X** /s/ Barbara Salvaggio                           Barbara Salvaggio
Signature of authorized representative of debtor       Printed name

Title    Administrator of the Estate of Paul Francis

**18. Signature of attorney**

**X** /s/ Colin Gotham                                 Date    June 21, 2024
Signature of attorney for debtor                               MM / DD / YYYY

Colin Gotham KS#19538; MO#52343
Printed name

Evans & Mullinix, P.A.
Firm name

7225 Renner Road, Suite 200
Shawnee, KS 66217
Number, Street, City, State & ZIP Code

Contact phone    (913) 962-8700       Email address    cgotham@emlawkc.com

KS#19538; MO#52343 KS
Bar number and State

Fill in this information to identify the case:

| Debtor name | OYO Fitness, Inc. |
| --- | --- |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Sanyox Sports Co. Ltd NO. 99, LANE 32, BAOSHENG RD Changua City, Changua County Taiwan, Chushui510 00 | | Trade Debt | | | | $845,502.00 |
| CFT Clear Finance Technology Corp 1200-33 Yonge Street Toronto, ON M5E1G4 Canada | | Inventory Financing | Contingent Unliquidated Disputed | | | $142,045.00 |
| Chase Bank ATTN: Bankruptcy Mail Intake 700 Kansas Lane, Floor 1 Monroe, LA 71203 | | Credit Card Purchases | Contingent Unliquidated Disputed | | | $59,826.00 |
| Bank of America PO Box 15793 Wilmington, DE 19886-5796 | | Credit Card Purchases | Contingent Unliquidated Disputed | | | $46,250.00 |
| Smart Warehousing 7309 West 80th Street Suite 200 Overland Park, KS 66204 | | Trade Debt | | | | $31,648.00 |
| Amazon Capital Services, Inc. 410 Terry Avenue North Seattle, WA 98109 | | Inventory - Amazon | Contingent Unliquidated Disputed | $27,504.00 | $10,000.00 | $17,504.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| DPEX Worldwide Express 60 Soi Airee North Phaholyothin Rd Phayathai,Phayathai Bangkok, Thailand 10400 | | Trade Debt | | | | $17,062.00 |
| BREX 12832 Frontrunner Blvd Suite 500 Draper, UT 84020 | | Credit Card Purchases | Contingent Unliquidated Disputed | | | $16,200.00 |
| Mutesix LLC 5800 BRistol Parkway Suite 500 Culver City, CA 90230 | | Trade Debt | | | | $13,500.00 |
| Rainfactory 1037 NE 65TH ST; # 82342 Seattle, WA 98115 | | Trade Debt | | | | $12,688.00 |
| Lockard & Wechsler 2 Bridge Street Irvington, NY 10533 | | Trade Debt | | | | $11,736.00 |
| Marcus Sy 3F-2, No. 815, Zhongming South Roa South District Taichung City, Taiwan 40255 | | Trade Debt | | | | $10,959.00 |
| Syncb/Paypal PO Box 45950 Omaha, NE 68145-0950 | | Credit Card Purchases | | | | $8,566.00 |
| American Cartage & Distribution Co 650 Belleville Turnpike Unit 6 & 2 Kearny, NJ 07032 | | Trade Debt | Contingent Unliquidated Disputed | | | $7,773.00 |
| Criteo Corp 387 Park Avenue South 11th & 12th Floors New York, NY 10016 | | Trade Debt | Contingent Unliquidated Disputed | | | $6,678.00 |
| Kindred CPA, LLC 211 East 8th Street Suite A Lawrence, KS 66044 | | Services Provided | | | | $6,130.00 |

| Debtor | OYO Fitness, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Kessinger Company, LLC 2914 West 72nd Terrace Prairie Village, KS 66208 | | Trade Debt | | | | $6,000.00 |
| Venus Van Horn 8221 East 134th Street Grandview, MO 64030 | | Trade Debt | | | | $3,732.00 |
| Ecommerce Nurse Limited 46 Hullbridge Road South Woodham Ferries Chelmsford, Essex United Kingdom CM3 5NG | | Trade Debt | | | | $2,800.00 |
| Red Points Solutions S.L. 10 East 38th Street 9th Floor New York, NY 10116 | | Trade Debt | | | | $2,000.00 |

**Fill in this information to identify the case:**

Debtor name    OYO Fitness, Inc.

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America | Operating | 2353 | $100.00 |
| 3.2. | Bank of America | Advance | 9017 | $100.00 |

4. **Other cash equivalents** *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1. | Amazon Customer Payments - On Hold | | $1,000.00 |

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $1,200.00

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.   Raw materials** | | | | |
| **20.   Work in progress** Work in Progress in Trans-Sanyox Taiwan | | $0.00 | Recent cost | $395,518.00 |
| **21.   Finished goods, including goods held for resale** Inventory - Smart Warehouse | | $0.00 | Recent cost | $175,000.00 |
|        Inventory - Amazon | | $0.00 | Recent cost | $10,000.00 |
| **22.   Other inventory or supplies** Inventory in Trans-Sanyox Taiwan | | $0.00 | Recent cost | $267,092.00 |

**23.   Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

|  |
|---|
| $847,610.00 |

**24.   Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.   Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26.   Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.   Go to Part 8.
☐ Yes Fill in the information below.

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.**   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.**   **Aircraft and accessories** | | | |
| **50.**   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Production Tooling in Taiwan | $0.00 | Recent cost | $143,105.00 |

**51.**   **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

                            $143,105.00

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☑ No.   Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.  **Patents, copyrights, trademarks, and trade secrets**

61.  **Internet domain names and websites**
     www.oyofitness.com
     www.oyogym.com                              Unknown                              Unknown

62.  **Licenses, franchises, and royalties**

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**
     OYO Fitness Name                            $0.00      N/A                       $30,000.00

65.  **Goodwill**

66.  **Total of Part 10.**                                              $30,000.00

     Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
     ■ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ■ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ■ No.  Go to Part 12.
     ☐ Yes Fill in the information below.

| Debtor | OYO Fitness, Inc. | Case number (If known) |
|--------|-------------------|------------------------|
|        | Name              |                        |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,200.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $847,610.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $143,105.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $30,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,021,915.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,021,915.00 |

Fill in this information to identify the case:

Debtor name    OYO Fitness, Inc.

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

  ☐ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☐ **Yes.** Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1**   Amazon Capital Services, Inc.
Creditor's Name

410 Terry Avenue North
Seattle, WA 98109
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Inventory - Amazon

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

$27,504.00      $10,000.00

**2.2**   Celtic Bank Corp. / Blue Vine
Creditor's Name

Attn Collections Dept
401 Warren Street
Redwood City, CA 94063
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
Work in Progress in Trans-Sanyox Taiwan

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$32,164.00      $395,518.00

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
1. PayPay Loan / Loan Builder
2. PayPal Working Capital
3. Celtic Bank Corp. / Blue Vine
4. Unique Funding Solutions
5. Funding Metrics / Lindini

■ Contingent
■ Unliquidated
■ Disputed

---

**2.3**  EBF Holdings / Everest Business Funding
Creditor's Name

8200 NW 52nd Terrace
2nd Floor
Miami, FL 33166
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
1. Goldman Sachs Bank USA
2. EBF Holdings / Everest Business Funding

**Describe debtor's property that is subject to a lien**
Inventory - Smart Warehouse

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

$16,779.00        $175,000.00

---

**2.4**  Funding Metrics / Lindini
Creditor's Name

3220 Tillman Drive, Suite 200
Bensalem, PA 19020
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.2

**Describe debtor's property that is subject to a lien**
Work in Progress in Trans-Sanyox Taiwan

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

$65,639.00        $395,518.00

---

| Debtor | OYO Fitness, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.5** Goldman Sachs Bank USA
Creditor's Name

200 West Street
New York, NY 10282
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? |
|---|
| ☐ No |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.3 |

**Describe debtor's property that is subject to a lien**
Inventory - Smart Warehouse

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

$90,000.00    $175,000.00

---

**2.6** Headway Capital, LLC
Creditor's Name

175 West Jackson Blvd.
Suite 1000
Chicago, IL 60604
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? |
|---|
| ☑ No |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. |

**Describe debtor's property that is subject to a lien**
Work in Progress in Trans-Sanyox Taiwan

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

$60,529.00    $395,518.00

---

**2.7** PayPal Working Capital
Creditor's Name

Attn: Executive Escalation
PO Box 45950
Omaha, NE 68145-0950
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
Work in Progress in Trans-Sanyox Taiwan

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$22,164.00    $395,518.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 5

| Debtor | OYO Fitness, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.2

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.8 | PayPay Loan / Loan Builder | **Describe debtor's property that is subject to a lien** | $10,579.00 | $395,518.00 |
|---|---|---|---|---|
| | Creditor's Name | Work in Progress in Trans-Sanyox Taiwan | | |

3505 Silverside Road
Wilmington, DE 19810

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.2

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.9 | Unique Funding Solutions | **Describe debtor's property that is subject to a lien** | $147,375.00 | $395,518.00 |
|---|---|---|---|---|
| | Creditor's Name | Work in Progress in Trans-Sanyox Taiwan | | |

71 South Central Avenue
Suite 200
Valley Stream, NY 11580

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.2

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $472,733.00 |
|---|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | OYO Fitness, Inc. | Case number (if known) | |
|--------|-------------------|------------------------|---|
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-------------------------------------------------------------|--------------------------------------------------|
| Zwicker & Associates<br>80 Minute Man Road<br>Andover, MA 01810 | Line  2.5 | |

**Fill in this information to identify the case:**

Debtor name: OYO Fitness, Inc.

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
American Cartage & Distribution Co
650 Belleville Turnpike
Unit 6 & 2
Kearny, NJ 07032

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$7,773.00**

**3.2** Nonpriority creditor's name and mailing address
Bank of America
PO Box 15793
Wilmington, DE 19886-5796

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Purchases

Is the claim subject to offset? ■ No ☐ Yes

**$46,250.00**

**3.3** Nonpriority creditor's name and mailing address
BREX
12832 Frontrunner Blvd
Suite 500
Draper, UT 84020

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: Credit Card Purchases

Is the claim subject to offset? ■ No ☐ Yes

**$16,200.00**

**3.4** Nonpriority creditor's name and mailing address
CFT Clear Finance
Technology Corp
1200-33 Yonge Street
Toronto, ON  M5E1G4
Canada

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Inventory Financing

Is the claim subject to offset? ■ No ☐ Yes

**$142,045.00**

| Debtor | OYO Fitness, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $59,826.00 |
|---|---|---|---|

Chase Bank
ATTN: Bankruptcy Mail Intake
700 Kansas Lane, Floor 1
Monroe, LA 71203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Credit Card Purchases

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,678.00 |
|---|---|---|---|

Criteo Corp
387 Park Avenue South
11th & 12th Floors
New York, NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

David Angel Sifuentes, III
439 More Street NE
Unit 2
Grand Rapids, MI 49503

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Alleged Liability Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50.00 |
|---|---|---|---|

DiCentral Corporation
1199 Nasa Parkway
Houston, TX 77058

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $17,062.00 |
|---|---|---|---|

DPEX Worldwide Express
60 Soi Airee North Phaholyothin Rd
Phayathai,Phayathai
Bangkok, Thailand  10400

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,800.00 |
|---|---|---|---|

Ecommerce Nurse Limited
46 Hullbridge Road
South Woodham Ferries
Chelmsford, Essex
United Kingdom CM3 5NG

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Eric Viets
PO Box 11423
Lynchburg, VA 24506

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Investor

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | OYO Fitness, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Ethan Baker | ☐ Contingent | |
| | 1725 Sunrise Drive | ☐ Unliquidated | |
| | Potomac, MD 20854 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Investor | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | First Business Bank | ☐ Contingent | |
| | 11300 Tomahawk Creek Parkway | ☐ Unliquidated | |
| | Suite 100 | ☐ Disputed | |
| | Leawood, KS 66211 | **Basis for the claim:** Notice Only | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|
| | Hubspot, Inc. | ☐ Contingent | |
| | 25 First Street | ☐ Unliquidated | |
| | Cambridge, MA 02141 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|
| | Kessinger Company, LLC | ☐ Contingent | |
| | 2914 West 72nd Terrace | ☐ Unliquidated | |
| | Prairie Village, KS 66208 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,130.00 |
|---|---|---|---|
| | Kindred CPA, LLC | ☐ Contingent | |
| | 211 East 8th Sreet | ☐ Unliquidated | |
| | Suite A | ☐ Disputed | |
| | Lawrence, KS 66044 | **Basis for the claim:** Services Provided | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $446.00 |
|---|---|---|---|
| | Lesley Anderson | ☐ Contingent | |
| | 11505 North Monticello Drive | ☐ Unliquidated | |
| | Knoxville, TN 37934 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,736.00 |
|---|---|---|---|
| | Lockard & Wechsler | ☐ Contingent | |
| | 2 Bridge Street | ☐ Unliquidated | |
| | Irvington, NY 10533 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

**3.19**

**Nonpriority creditor's name and mailing address**
Marcus Sy
3F-2, No. 815, Zhongming South Roa
South District
Taichung City, Taiwan 40255

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$10,959.00

---

**3.20**

**Nonpriority creditor's name and mailing address**
Mutesix LLC
5800 BRistol Parkway
Suite 500
Culver City, CA 90230

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$13,500.00

---

**3.21**

**Nonpriority creditor's name and mailing address**
Paunya, LLC
3208 Southwest Trafficway
Kansas City, MO 64111

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$585.00

---

**3.22**

**Nonpriority creditor's name and mailing address**
Penny Hestand
414 South Mill Street
Vine Grove, KY 40175

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$316.00

---

**3.23**

**Nonpriority creditor's name and mailing address**
Pexgo Japan
5-5-5 Karabe
Narita-shi, Chiba-ken
Japan, 286-0036

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$141.22

---

**3.24**

**Nonpriority creditor's name and mailing address**
Rainfactory
1037 NE 65TH ST; # 82342
Seattle, WA 98115

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$12,688.00

---

**3.25**

**Nonpriority creditor's name and mailing address**
Red Points Solutions S.L.
10 East 38th Street
9th Floor
New York, NY 10116

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,000.00

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,594.50 |
|---|---|---|---|

Sandberg Phoenix
600 Washington - 15th Floor
Saint Louis, MO 63101-1313

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Services Provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $845,502.00 |
|---|---|---|---|

Sanyox Sports Co. Ltd
NO. 99, LANE 32, BAOSHENG RD
Changua City, Changua County
Taiwan, Chushui510 00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,462.00 |
|---|---|---|---|

Skye High Media Ltd
5 South Charlotte Street
Edinburgh, East Lothian  EH2 4AN
United Kingdom

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,648.00 |
|---|---|---|---|

Smart Warehousing
7309 West 80th Street
Suite 200
Overland Park, KS 66204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,566.00 |
|---|---|---|---|

Syncb/Paypal
PO Box 45950
Omaha, NE 68145-0950

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Credit Card Purchases

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,910.00 |
|---|---|---|---|

Technical Consulting Services LLC
871 Oakbranch Place
Sanford, FL 32771

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,732.00 |
|---|---|---|---|

Venus Van Horn
8221 East 134th Street
Grandview, MO 64030

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,925.00 |

Vimeo Com Inc
PO Box 74008984
Chicago, IL 60674-8984

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Andrew J. Nazar<br>900 West 48th Place<br>Kansas City, MO 64112 | Line  3.13<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Chase Bank<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Line  3.5<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Synchrony Bank<br>Attn: Bankruptcy Dept.<br>PO Box 965060<br>Orlando, FL 32896-5060 | Line  3.30<br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,259,924.72 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,259,924.72 |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    Warehouse Lease | |
|     State the term remaining | |
|     List the contract number of any government contract _____ | Smart Warehouse<br>7309 West 80th Street<br>Overland Park, KS 66204 |

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   Paul S. Francis (Deceased) | 374 North 750th Street Overbrook, KS 66524 | Celtic Bank Corp. / Blue Vine | ■ D   2.2 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2   Paul S. Francis (Deceased) | 374 North 750th Street Overbrook, KS 66524 | EBF Holdings / Everest Business Funding | ■ D   2.3 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3   Paul S. Francis (Deceased) | 374 North 750th Street Overbrook, KS 66524 | First Business Bank | ☐ D _____ <br> ■ E/F   3.13 <br> ☐ G _____ |
| 2.4   Paul S. Francis (Deceased) | 374 North 750th Street Overbrook, KS 66524 | Funding Metrics / Lindini | ■ D   2.4 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5   Paul S. Francis (Deceased) | 374 North 750th Street Overbrook, KS 66524 | Headway Capital, LLC | ■ D   2.6 <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | OYO Fitness, Inc. | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Paul S. Francis (Deceased) | 374 North 750th Street Overbrook, KS 66524 | Goldman Sachs Bank USA | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Paul S. Francis (Deceased) | 374 North 750th Street Overbrook, KS 66524 | Unique Funding Solutions | ■ D ___2.9___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Spira Flex, LLC | 374 North 750th Street Overbrook, KS 66524 | First Business Bank | ☐ D _____<br>■ E/F ___3.13___<br>☐ G _____ |
| 2.9 | Mark Moedritzer | 2555 Grand Blvd Kansas City, MO 64108 | Smart Warehouse | ☐ D _____<br>☐ E/F _____<br>■ G ___2.1___ |

**Fill in this information to identify the case:**

Debtor name    OYO Fitness, Inc.

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*..................................................................................................   $     0.00

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*..............................................................................................   $     1,021,915.00

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*................................................................................................   $     1,021,915.00

### Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................   $     472,733.00

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................   $     0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$     1,259,924.72

4.   **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b       $     1,732,657.72

Fill in this information to identify the case:

Debtor name    OYO Fitness, Inc.

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 21, 2024      **X** /s/ Barbara Salvaggio
                                       Signature of individual signing on behalf of debtor

                                       Barbara Salvaggio
                                       Printed name

                                       Administrator of the Estate of Paul Francis
                                       Position or relationship to debtor

**RESOLUTIONS BY**
**THE MEMBERS/SHAREHOLDERS OF**
**OYO FITNESS, INC.**

At a meeting of all of the Members/Shareholders of OYO Fitness, Inc. duly held at the office of said Company/Corporation on the 21st day of June 2024 the following Resolutions were adopted.

RESOLVED: that OYO Fitness, Inc. will file a Chapter 11 Bankruptcy Proceeding in the United States Bankruptcy Court for the District of Kansas and that Evans & Mullinix, P.A. will be the attorneys OYO Fitness, Inc. in this bankruptcy proceeding; and

RESOLVED: that Barbara Salvaggio, Administrator of the Estate of Paul Francis of OYO Fitness, Inc., is hereby authorized and instructed to sign all of the appropriate documents and take such action as is necessary and required of OYO Fitness, Inc. to comply with the local rules of court and the statutory requirements as set forth in the Bankruptcy Code and Local Bankruptcy Rules.

Notice of the time and place of said meeting is hereby waived by the Members/Shareholders.

By: Barbara Salvaggio
Administrator of the Estate of Paul Francis

STATE OF KANSAS            )
                                         ) ss:
COUNTY OF Johnson       )

Barbara Salvaggio, being duly sworn, says that he/she is the Administrator of the Estate of Paul Francis of OYO Fitness, Inc., a corporation of the State of Kansas, authorized to do business in the State of Kansas and that the foregoing is a true and correct copy of the Resolutions adopted by said Company/Corporation on the 21st day of June 2024.

By: Barbara Salvaggio
Administrator of the Estate of Paul Francis
OYO Fitness, Inc.

Subscribed and sworn to before me this 21st day of June 2024.

Notary Public

SHELBI HINDS
My Appt. Exp 9/15/25

| Form **1120** | | **U.S. Corporation Income Tax Return** | | | | OMB No. 1545-0123 |
|---|---|---|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | For calendar year 2023 or tax year beginning _____ , 2023, ending _____ , _____<br>Go to *www.irs.gov/Form1120* for instructions and the latest information. | | | | **2023** |

**A** Check if:

**1a** Consolidated return (attach Form 851) . . . . ☐
**b** Life/nonlife consolidated return . . . . . . ☐
**2** Personal holding co. (attach Sch. PH) . . . . ☐
**3** Personal service corp. (see instrs) . . . . ☐

TYPE
OR
PRINT

OYO FITNESS LLC
9240 HIGH DRIVE
LEAWOOD, KS 66206

**B** Employer identification number
46-3071467

**C** Date incorporated
10/02/2014

**D** Total assets (see instructions)
$ 432,906.

**4** Schedule M-3 attached ☐ **E** Check if: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change

| | | | | | |
|---|---|---|---|---:|---:|
| **I N C O M E** | **1a** Gross receipts or sales . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1a** | 84,251. | | |
| | **b** Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1b** | | | |
| | **c** Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **1c** | 84,251. |
| | **2** Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . . . . . . . . . | | | **2** | 48,514. |
| | **3** Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . . . . . . . . | | | **3** | 35,737. |
| | **4** Dividends and inclusions (Schedule C, line 23) . . . . . . . . . . . . . . . . . . . . | | | **4** | |
| | **5** Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **5** | |
| | **6** Gross rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **6** | |
| | **7** Gross royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **7** | |
| | **8** Capital gain net income (attach Schedule D (Form 1120)) . . . . . . . . . . . . . | | | **8** | |
| | **9** Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . . | | | **9** | |
| | **10** Other income (see instructions — attach statement) . . . . . . . . . . . . . . . . . . | | | **10** | |
| | **11** **Total income.** Add lines 3 through 10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **11** | 35,737. |
| **D E D U C T I O N S** (See instructions for limitations on deductions.) | **12** Compensation of officers (see instructions — attach Form 1125-E) . . . . . . . | | | **12** | |
| | **13** Salaries and wages (less employment credits) . . . . . . . . . . . . . . . . . . . . . . | | | **13** | |
| | **14** Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **14** | |
| | **15** Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **15** | |
| | **16** Rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **16** | |
| | **17** Taxes and licenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **17** | |
| | **18** Interest (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **18** | |
| | **19** Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **19** | |
| | **20** Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562). | | | **20** | 8,628. |
| | **21** Depletion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **21** | |
| | **22** Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **22** | 5,000. |
| | **23** Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **23** | |
| | **24** Employee benefit programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **24** | |
| | **25** Energy efficient commercial buildings deduction (attach Form 7205) . . . . . . | | | **25** | |
| | **26** Other deductions (attach statement) . . . . . . . . . . . . . . . . . . SEE STATEMENT 1 | | | **26** | 41,200. |
| | **27** **Total deductions.** Add lines 12 through 26 . . . . . . . . . . . . . . . . . . . . . . . . . | | | **27** | 54,828. |
| | **28** Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11. | | | **28** | -19,091. |
| | **29a** Net operating loss deduction (see instructions) . . . . . . . . . . . . SEE ST 2 | **29a** | 0. | | |
| | **b** Special deductions (Schedule C, line 24) . . . . . . . . . . . . . . . . . . . . . . . . . | **29b** | | | |
| | **c** Add lines 29a and 29b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **29c** | |
| **T A X, R E F U N D A B L E C R E D I T S, A N D P A Y M E N T S** | **30** **Taxable income.** Subtract line 29c from line 28. See instructions . . . . . . . . | | | **30** | -19,091. |
| | **31** Total tax (Schedule J, Part I, line 11) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **31** | 0. |
| | **32** Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **32** | |
| | **33** Total payments and credits (Schedule J, Part II, line 23) . . . . . . . . . . . . . . . | | | **33** | 0. |
| | **34** Estimated tax penalty. See instructions. Check if Form 2220 is attached . . . . . . . . . . . . . . ☐ | | | **34** | |
| | **35** **Amount owed.** If line 33 is smaller than the total of lines 31 and 34, enter amount owed . . . . . . . . . | | | **35** | 0. |
| | **36** **Overpayment.** If line 33 is larger than the total of lines 31 and 34, enter amount overpaid . . . . . . . . . . | | | **36** | |
| | **37** Enter amount from line 36 you want: Credited to 2024 estimated tax . . . . . . **Refunded** | | | **37** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ _____ Signature of officer | Date

PRESIDENT
Title

May the IRS discuss this return with the preparer shown below? See instructions.
☒ Yes ☐ No

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | KENNETH R. HITE, CPA | | | | P00237300 |
| | Firm's name ▶ KINDRED CPA LLC | | | Firm's EIN ▶ 84-2546429 | |
| | Firm's address ▶ 211 EAST EIGHTH STREET STE A | | | | |
| | LAWRENCE, KS 66044 | | | Phone no. (785) 842-8844 | |

**BAA For Paperwork Reduction Act Notice, see separate instructions.**

Form **1120** (2023)

CPCA0205 06/12/23

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) Percentage | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations | | See instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations | | See instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) | | | |
| 15 | Reserved for future use | | | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) | | | |
| c | Other inclusions from CFCs under subpart F not included on line 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) | | | |
| 18 | Gross-up for foreign taxes deemed paid | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 | | | |
| 20 | Other dividends | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 22 | Section 250 deduction (attach Form 8993) | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 | | | |
| 24 | **Total special deductions.** Add column (c) lines 9 through 22. Enter here and on page 1, line 29b | | | |

Form **1120** (2023)

| Schedule J | Tax Computation and Payment (see instructions) |
|---|---|

**Part I — Tax Computation**

| | | | | |
|---|---|---|---|---|
| 1 | Income tax. See instructions | | **1** | 0. |
| 2 | Base erosion minimum tax amount (attach Form 8991) | | **2** | |
| 3 | Corporate alternative minimum tax from Form 4626, Part II, line 13 (attach Form 4626) | | **3** | |
| 4 | Add lines 1, 2, and 3 | | **4** | 0. |
| **5a** | Foreign tax credit (attach Form 1118) | **5a** | | |
| **b** | Credit from Form 8834 (see instructions) | **5b** | | |
| **c** | General business credit (see instructions — attach Form 3800) | **5c** | | |
| **d** | Credit for prior year minimum tax (attach Form 8827) | **5d** | | |
| **e** | Bond credits from Form 8912 | **5e** | | |
| 6 | **Total credits.** Add lines 5a through 5e | | **6** | |
| 7 | Subtract line 6 from line 4 | | **7** | |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | | **8** | |
| **9a** | Recapture of investment credit (attach Form 4255) | **9a** | | |
| **b** | Recapture of low-income housing credit (attach Form 8611) | **9b** | | |
| **c** | Interest due under the look-back method — completed long-term contracts (attach Form 8697) | **9c** | | |
| **d** | Interest due under the look-back method — income forecast method (attach Form 8866) | **9d** | | |
| **e** | Alternative tax on qualifying shipping activities (attach Form 8902) | **9e** | | |
| **f** | Interest/tax due under section 453A(c) | **9f** | | |
| **g** | Interest/tax due under section 453(l) | **9g** | | |
| **z** | Other (see instructions — attach statement) | **9z** | | |
| 10 | **Total.** Add lines 9a through 9z | | **10** | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | | **11** | 0. |

**Part II — Payments and Refundable Credits**

| | | | | |
|---|---|---|---|---|
| 12 | Reserved for future use | | **12** | |
| 13 | Preceding year's overpayment credited to the current year | | **13** | |
| 14 | Current year's estimated tax payments | | **14** | |
| 15 | Current year's refund applied for on Form 4466 | | **15** | ( ) |
| 16 | Combine lines 13, 14, and 15 | | **16** | 0. |
| 17 | Tax deposited with Form 7004 | | **17** | |
| 18 | Withholding (see instructions) | | **18** | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | | **19** | 0. |
| 20 | Refundable credits from: | | | |
| **a** | Form 2439 | **20a** | | |
| **b** | Form 4136 | **20b** | | |
| **c** | Reserved for future use | **20c** | | |
| **z** | Other (attach statement — see instructions) | **20z** | | |
| 21 | **Total credits.** Add lines 20a through 20z | | **21** | |
| 22 | Elective payment election amount from Form 3800 | | **22** | |
| 23 | **Total payments and credits.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 | | **23** | 0. |

Form **1120** (2023)

Case 24-20781    Doc# 1    Filed 06/21/24    Page 33 of 68

| **Schedule K** | **Other Information** (see instructions) | | | |
|---|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| 1 Check accounting method: **a** ☒ Cash  **b** ☐ Accrual  **c** ☐ Other (specify) _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | | |
| 2 See the instructions and enter the: | | | | |
| **a** Business activity code no. 423910 | | | | |
| **b** Business activity SPORTING GOODS | | | | |
| **c** Product or service FITNESS EQUIPMENT | | | | |
| 3 Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? | | | | X |
| If "Yes," enter name and EIN of the parent corporation | | | | |

**4** At the end of the tax year:

**a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G). . . . . . . . . . . | | | | | X

**b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G). . . . . . . | | | | X |

**5** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | X

If "Yes," complete (i) through (iv) below.

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | X

If "Yes," complete (i) through (iv) below.

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Organization | **(iv)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316. . . . . . . . . . . . . . . . . . . . . . | | | | | X

If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during this tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? For rules of attribution, see section 318. If "Yes," enter: | | | | | X

**(a)** Percentage owned _ _ _ _ _ _ _  and **(b)** Owner's country _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**(c)** The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached _ _ _ _ _ _ _ _ _ _ _ _ _

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount. . . . . . . . . . . . . . . . . . ☐
If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during this tax year $ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ NONE

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) 8 _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions). . . . . . . . . . . . . . . . . . . . . . ☐
If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a). . . . . . $      481,285.

Form **1120** (2023)

| **Schedule K** | **Other Information** *(continued from page 4)* | Yes | No |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during this tax year. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _ _ _ _ _ _ _ _ _ _ _ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions. . . . . . . . . . .<br>If "Yes," complete and attach Schedule UTP. | | X |
| **15a** | Did the corporation make any payments that would require it to file Form(s) 1099?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | |
| **b** | If "Yes," did or will the corporation file required Form(s) 1099?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 18 | Did this corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 19 | During this corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code?. . . . . . . . . . . . . . . . . . . . . . | | X |
| 20 | Is the corporation operating on a cooperative basis?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 21 | During this tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions _____ | | X |
| | If "Yes," enter the total amount of the disallowed deductions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _ _ _ _ _ _ _ _ _ _ _ | | |
| 22 | Does this corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3).). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during this tax year? See instructions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 24 | Does the corporation satisfy one or more of the following? If "Yes," complete and attach Form 8990. See instructions. . . . . . . | | X |
| | **a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| | **b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $29 million and the corporation has business interest expense. | | |
| | **c** The corporation is a tax shelter and the corporation has business interest expense. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter amount from Form 8996, line 15. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _ _ _ _ _ _ _ _ _ _ _ | | |
| 26 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .<br>Percentage: By Vote _____ By Value _____ | | X |
| 27 | At any time during this tax year, did the corporation (a) receive a digital asset (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 28 | Is the corporation a member of a controlled group?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," attach Schedule O (Form 1120). See instructions. | | |
| 29 | Corporate Alternative Minimum Tax:<br>**a** Was the corporation an applicable corporation under section 59(k)(1) in any prior tax year?. . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," go to question 29b. If "No," skip to question 29c. | | |
| | **b** Is the corporation an applicable corporation under section 59(k)(1) in the current tax year because the corporation was an applicable corporation in the prior tax year?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| | If "Yes," complete and attach Form 4626. If "No," continue to question 29c. | | |
| | **c** Does the corporation meet the requirements of the safe harbor method as provided under section 59(k)(3)(A), for the current tax year? See instructions. . . . . . . | X | |
| | If "No," complete and attach Form 4626. If "Yes," the corporation is not required to file Form 4626. | | |
| 30 | Is the corporation required to file Form 7208 relating to the excise tax on repurchase of corporate stock (see instructions):<br>**a** Under the rules for stock repurchased by a covered corporation (or stock acquired by its specified affiliate)?. . . . . . . . . . . . . . | | X |
| | **b** Under the applicable foreign corporation rules?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | **c** Under the covered surrogate foreign corporation rules?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes" to either (a), (b), or (c), complete Form 7208, Excise Tax on Repurchase of Corporate Stock. See the Instructions for Form 7208. | | |
| 31 | Is this a consolidated return with gross receipts or sales of $1 billion or more and a subchapter K basis adjustment, as described in the instructions, of $10 million or more?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," attach a statement. See instructions. | | |

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|
| 1 Cash | | 12,457. | | 27,947. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | ( ) | | ( ) | |
| 3 Inventories | | 414,806. | | 390,012. |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach statement) | | | | |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach statement) | | | | |
| 10a Buildings and other depreciable assets | 80,600. | | 80,600. | |
| b Less accumulated depreciation | ( 64,730.) | 15,870. | ( 73,358.) | 7,242. |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | 64,316. | | 64,316. | |
| b Less accumulated amortization | ( 55,452.) | 8,864. | ( 56,611.) | 7,705. |
| 14 Other assets (attach statement) | | | | |
| 15 Total assets | | 451,997. | | 432,906. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | | | |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach stmt) SEE ST 3 | | 129,112. | | 129,112. |
| 19 Loans from shareholders | | 2,983,663. | | 2,983,663. |
| 20 Mortgages, notes, bonds payable in 1 year or more | | 440,010. | | 440,010. |
| 21 Other liabilities (attach statement) | | | | |
| 22 Capital stock: a Preferred stock | | | | |
| b Common stock | 342,500. | 342,500. | 342,500. | 342,500. |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings — Approp (att stmt) | | | | |
| 25 Retained earnings — Unappropriated | | -481,285. | | -500,376. |
| 26 Adjmt to shareholders' equity (att stmt) SEE ST 4 | | -2,962,003. | | -2,962,003. |
| 27 Less cost of treasury stock | | ( ) | | ( ) |
| 28 Total liabilities and shareholders' equity | | 451,997. | | 432,906. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

Note: The corporation may be required to file Schedule M-3. See instructions.

| | | |
|---|---|---|
| 1 Net income (loss) per books | -19,091. | |
| 2 Federal income tax per books | | |
| 3 Excess of capital losses over capital gains | | |
| 4 Income subject to tax not recorded on books this year (itemize): | | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | |
| a Depreciation $ | | |
| b Charitable contributions $ | | |
| c Travel & entertainment $ | | |
| 6 Add lines 1 through 5 | -19,091. | |

| | |
|---|---|
| 7 Income recorded on books this year not included on this return (itemize): Tax-exempt interest $ | |
| 8 Deductions on this return not charged against book income this year (itemize): a Depreciation $  b Charitable contribns $ | |
| 9 Add lines 7 and 8 | 0. |
| 10 Income (page 1, line 28) — line 6 less line 9 | -19,091. |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25)

| | | |
|---|---|---|
| 1 Balance at beginning of year | -481,285. | |
| 2 Net income (loss) per books | -19,091. | |
| 3 Other increases (itemize): | | |
| 4 Add lines 1, 2, and 3 | -500,376. | |
| 5 Distributions: a Cash  b Stock  c Property | | |
| 6 Other decreases (itemize): | | |
| 7 Add lines 5 and 6 | | |
| 8 Balance at end of year (line 4 less line 7) | | -500,376. |

Case 24-20781    Doc# 1    Filed 06/21/24    Page 36 of 68

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

► **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
► **Go to www.irs.gov/Form1125A for the latest information.**

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| OYO FITNESS LLC | 46-3071467 |

| | | |
|---|---|---:|
| 1 Inventory at beginning of year | **1** | 414,806. |
| 2 Purchases | **2** | |
| 3 Cost of labor | **3** | |
| 4 Additional section 263A costs (attach schedule) | **4** | |
| 5 Other costs (attach schedule) . . . . . . . . . . . . . . . . . . . . . . . . . . SEE STATEMENT 5 | **5** | 23,720. |
| 6 **Total.** Add lines 1 through 5 | **6** | 438,526. |
| 7 Inventory at end of year | **7** | 390,012. |
| 8 **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** | 48,514. |

**9 a** Check all methods used for valuing closing inventory:

    *(i)* ☐ Cost

    *(ii)* ☒ Lower of cost or market

    *(iii)* ☐ Other (Specify method used and attach explanation.) ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

  **b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐

  **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . . . . . . . . . . . ► ☐

  **d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9d** |

  **e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . . . . . ☐ Yes ☒ No

  **f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

**BAA For Paperwork Reduction Act Notice, see instructions.** Form **1125-A** (Rev. 11-2018)

CPCZ0401L 09/26/18

**SCHEDULE G**
**(Form 1120)**
(Rev December 2011)

Department of the Treasury
Internal Revenue Service

# Information on Certain Persons Owning the Corporation's Voting Stock
► Attach to Form 1120.
► See instructions.

OMB No. 1545-0123

| Name | Employer identification number (EIN) |
|---|---|
| OYO FITNESS LLC | 46-3071467 |

**Part I** — **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II** — **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| PAUL S FRANCIS ESTATE | 92-6297038 | UNITED STATES | 71.94% |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**BAA** **For Paperwork Reduction Act Notice, see the Instructions for Form 1120.**

CPCA1901L 06/02/11

**Schedule G (Form 1120) (Rev 12-2011)**

Form **4562**

Department of the Treasury
Internal Revenue Service

# Depreciation and Amortization
## (Including Information on Listed Property)
**Attach to your tax return.**
**Go to *www.irs.gov/Form4562* for instructions and the latest information.**

**2023**

Attachment
Sequence No. **179**

Name(s) shown on return

OYO FITNESS LLC

Identifying number

46-3071467

Business or activity to which this form relates

FORM 1120

## Part I — Election To Expense Certain Property Under Section 179

**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2022 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instrs. | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2024. Add lines 9 and 10, less line 12 | 13 | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

## Part II — Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

## Part III — MACRS Depreciation (Don't include listed property. See instructions.)

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2023 | 17 | 8,628. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here | ☐ | |

### Section B — Assets Placed in Service During 2023 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

### Section C — Assets Placed in Service During 2023 Tax Year Using the Alternative Depreciation System

| (a) Classification of property | (b) | (c) | (d) | (e) | (f) | (g) |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 30-year | | | 30 yrs | MM | S/L | |
| d 40-year | | | 40 yrs | MM | S/L | |

## Part IV — Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | 22 | 8,628. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

**BAA For Paperwork Reduction Act Notice, see separate instructions.**

FDIZ0812L 06/22/23

Form **4562** (2023)

**Part V**  **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A – Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.**)**

| 24a Do you have evidence to support the business/investment use claimed?. . . . . . . . . |  | Yes | | No | 24b If 'Yes,' is the evidence written?. . . . . . | | Yes | | No |
|---|---|---|---|---|---|---|---|---|---|---|

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | **25** | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . . . . . . . . . | | | | | | **28** | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | | | **29** |

**Section B – Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Total business/investment miles driven during the year (**don't** include commuting miles). . . . . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 31 | Total commuting miles driven during the year. . . . . . . . | | | | | | | | | | | | |
| 32 | Total other personal (noncommuting) miles driven. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 33 | Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| | | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 | Was the vehicle available for personal use during off-duty hours?. . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 35 | Was the vehicle used primarily by a more than 5% owner or related person?. . . . . . . . | | | | | | | | | | | | |
| 36 | Is another vehicle available for personal use?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |

**Section C – Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . . . . . . . . . . | | |
| 39 | Do you treat all use of vehicles by employees as personal use?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? See instructions . . . . . . . . . . . . . . . . . . | | |
| | **Note:** If your answer to 37, 38, 39, 40, or 41 is 'Yes,' don't complete Section B for the covered vehicles. | | |

**Part VI**  **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2023 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2023 tax year. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **43** | | 1,159. |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report. . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **44** | | 1,159. |

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT | CUR 179 BONUS | SPECIAL DEPR. ALLOW | PRIOR 179/ BONUS/ SP. DEPR | PRIOR DEC. BAL DEPR | SALVAG /BASIS REDUCT | DEPR. BASIS | PRIOR DEPR | METHOD | LIFE | RATE | CURRENT DEPR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FORM 1120** | | | | | | | | | | | | | | | | |
| 1 | FURNITURE | 7/31/17 | | 4,686 | | | | | | | 4,686 | 4,477 | 200DB HY | 7 | .04460 | 209 |
| 2 | FURNITURE | 9/26/17 | | 4,686 | | | | | | | 4,686 | 4,477 | 200DB HY | 7 | .04460 | 209 |
| 3 | EQUIPMENT | 11/27/19 | | 71,228 | | | | | | | 71,228 | 64,404 | 200DB MQ | 5 | .09580 | 6,824 |
| | TOTAL | | | 80,600 | | 0 | 0 | 0 | 0 | 0 | 80,600 | 73,358 | | | | 7,242 |
| | **AMORTIZATION** | | | | | | | | | | | | | | | |
| 4 | TRADEMARK COSTS | 7/01/15 | | 13,368 | | | | | | | 13,368 | 7,574 | S/L | 15 | | 891 |
| 5 | TRADEMARK COSTS | 2/04/16 | | 2,443 | | | | | | | 2,443 | 1,290 | S/L | 15 | | 163 |
| 6 | TRADEMARK COSTS | 3/03/16 | | 1,581 | | | | | | | 1,581 | 823 | S/L | 15 | | 105 |
| 7 | LOAN FEES | 1/22/20 | | 12,093 | | | | | | | 12,093 | 12,093 | S/L | 1 | | 0 |
| 8 | LOAN FEES | 5/14/21 | | 10,026 | | | | | | | 10,026 | 10,026 | S/L | 1 | | 0 |
| 9 | LOAN FEES | 5/20/21 | | 5,605 | | | | | | | 5,605 | 5,605 | S/L | 1 | | 0 |
| 10 | LOAN FEES | 8/26/21 | | 19,200 | | | | | | | 19,200 | 19,200 | S/L | 1 | | 0 |
| | TOTAL AMORTIZATION | | | 64,316 | | 0 | 0 | 0 | 0 | 0 | 64,316 | 56,611 | | | | 1,159 |
| | TOTAL DEPRECIATION | | | 80,600 | | 0 | 0 | 0 | 0 | 0 | 80,600 | 73,358 | | | | 7,242 |
| | GRAND TOTAL AMORTIZATION | | | 64,316 | | 0 | 0 | 0 | 0 | 0 | 64,316 | 56,611 | | | | 1,159 |
| | GRAND TOTAL DEPRECIATION | | | 80,600 | | 0 | 0 | 0 | 0 | 0 | 80,600 | 73,358 | | | | 7,242 |

**Fill in this information to identify the case:**

Debtor name    OYO Fitness, Inc.

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 1/01/2024 to Filing Date | ■ Operating a business<br>☐ Other _____ | $4,000.00 |
| For prior year:<br>From 1/01/2023 to 12/31/2023 | ■ Operating a business<br>☐ Other _____ | $84,251.00 |
| For year before that:<br>From 1/01/2022 to 12/31/2022 | ■ Operating a business<br>☐ Other _____ | $2,067,728.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Evans and Mullinix PA<br>7225 Renner Rd  Ste 200<br>Shawnee, KS 66217-3043 | Filing Fee & Attorney Fees (pre-petition). There is $7,000.00 in the Attorney Trust Account. | 4/25/2024 - $10,1738 | $101,738.00 |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?**<br>Barbara Salvaggio, Trustee / Executor | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**   **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. OYO Fitness, Inc.<br>330 West 47th Street<br>Suite 201<br>Kansas City, MO 64112 | 9/23/2012 to 6/01/2022 |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. First Business Bank | **XXXX-** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 2023 | $0.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Amazon Seller Central Fulfillment Centers Various Locations | Unknown | Inventory Storage / Fulfillment | ☐ No<br>■ Yes |
| Smart Warehousing #33 31850 West 196th Street Gardner, KS 66030 | Unknown | Inventory Storage / Fulfillment | ☐ No<br>■ Yes |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.

Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|-----------------------|-------------------------------------|----------------------------------|
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|------------------|----------------------------|
| 26a.1.    Kindred CPA LLC<br>211 East 8th Steet<br>Suite A<br>Lawrence, KS 66044 | 1/01/2016 to present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|------------------|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|----------------------------------------------------------------|-------------------|------------------------------------------------------------------------------|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Barbara Salvaggio, Trustee | 9240 High Drive<br>Leawood, KS 66206 | Administrator of the Estate of Paul Francis | 71% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     June 21, 2024

/s/ Barbara Salvaggio                                        Barbara Salvaggio
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor     Administrator of the Estate of Paul Francis

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
### District of Kansas

In re   OYO Fitness, Inc.            Case No. _____

                Debtor(s)        Chapter   11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept .................................. $      Hourly

     Prior to the filing of this statement I have received ..................... $      9,000.00

     Balance Due .................................................................. $      Hourly

2.   $   1,738.00   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ☑ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ☑ Debtor      ☐ Other (specify):

5.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceedings, reaffirmations and redemptions.

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____      /s/ Colin N. Gotham

*Date*                      Colin Gotham KS#19538; MO#52343
                           *Signature of Attorney*
                           Evans & Mullinix, P.A.
                           7225 Renner Road, Suite 200
                           Shawnee, KS 66217
                           (913) 962-8700   Fax: (913) 962-8701
                           cgotham@emlawkc.com
                           *Name of law firm*

Amazon Capital Services, Inc.
410 Terry Avenue North
Seattle, WA 98109


American Cartage & Distribution Co
650 Belleville Turnpike
Unit 6 & 2
Kearny, NJ 07032


Andrew J. Nazar
900 West 48th Place
Kansas City, MO 64112


Bank of America
PO Box 15793
Wilmington, DE 19886-5796


BREX
12832 Frontrunner Blvd
Suite 500
Draper, UT 84020


Celtic Bank Corp. / Blue Vine
Attn Collections Dept
401 Warren Street
Redwood City, CA 94063


CFT Clear Finance
Technology Corp
1200-33 Yonge Street
Toronto, ON  M5E1G4
Canada


Chase Bank
ATTN: Bankruptcy Mail Intake
700 Kansas Lane, Floor 1
Monroe, LA 71203


Chase Bank
PO Box 15298
Wilmington, DE 19850-5298


Criteo Corp
387 Park Avenue South
11th & 12th Floors
New York, NY 10016

David Angel Sifuentes, III
439 More Street NE
Unit 2
Grand Rapids, MI 49503


DiCentral Corporation
1199 Nasa Parkway
Houston, TX 77058


DPEX Worldwide Express
60 Soi Airee North Phaholyothin Rd
Phayathai,Phayathai
Bangkok, Thailand 10400


EBF Holdings / Everest Business Funding
8200 NW 52nd Terrace
2nd Floor
Miami, FL 33166


Ecommerce Nurse Limited
46 Hullbridge Road
South Woodham Ferries
Chelmsford, Essex
United Kingdom CM3 5NG


Eric Viets
PO Box 11423
Lynchburg, VA 24506


Ethan Baker
1725 Sunrise Drive
Potomac, MD 20854


First Business Bank
11300 Tomahawk Creek Parkway
Suite 100
Leawood, KS 66211


Funding Metrics / Lindini
3220 Tillman Drive, Suite 200
Bensalem, PA 19020


Goldman Sachs Bank USA
200 West Street
New York, NY 10282

Headway Capital, LLC
175 West Jackson Blvd.
Suite 1000
Chicago, IL 60604


Hubspot, Inc.
25 First Street
Cambridge, MA 02141


Kessinger Company, LLC
2914 West 72nd Terrace
Prairie Village, KS 66208


Kindred CPA, LLC
211 East 8th Sreet
Suite A
Lawrence, KS 66044


Lesley Anderson
11505 North Monticello Drive
Knoxville, TN 37934


Lockard & Wechsler
2 Bridge Street
Irvington, NY 10533


Marcus Sy
3F-2, No. 815, Zhongming South Roa
South District
Taichung City, Taiwan 40255


Mark Moedritzer
2555 Grand Blvd
Kansas City, MO 64108


Mutesix LLC
5800 BRistol Parkway
Suite 500
Culver City, CA 90230


Paul S. Francis (Deceased)
374 North 750th Street
Overbrook, KS 66524

Paunya, LLC
3208 Southwest Trafficway
Kansas City, MO 64111


PayPal Working Capital
Attn: Executive Escalation
PO Box 45950
Omaha, NE 68145-0950


PayPay Loan / Loan Builder
3505 Silverside Road
Wilmington, DE 19810


Penny Hestand
414 South Mill Street
Vine Grove, KY 40175


Pexgo Japan
5-5-5 Karabe
Narita-shi, Chiba-ken
Japan, 286-0036


Rainfactory
1037 NE 65TH ST; # 82342
Seattle, WA 98115


Red Points Solutions S.L.
10 East 38th Street
9th Floor
New York, NY 10116


Sandberg Phoenix
600 Washington - 15th Floor
Saint Louis, MO 63101-1313


Sanyox Sports Co. Ltd
NO. 99, LANE 32, BAOSHENG RD
Changua City, Changua County
Taiwan, Chushui510 00


Skye High Media Ltd
5 South Charlotte Street
Edinburgh, East Lothian  EH2 4AN
United Kingdom

Smart Warehouse
7309 West 80th Street
Overland Park, KS 66204


Smart Warehousing
7309 West 80th Street
Suite 200
Overland Park, KS 66204


Spira Flex, LLC
374 North 750th Street
Overbrook, KS 66524


Syncb/Paypal
PO Box 45950
Omaha, NE 68145-0950


Synchrony Bank
Attn: Bankruptcy Dept.
PO Box 965060
Orlando, FL 32896-5060


Technical Consulting Services LLC
871 Oakbranch Place
Sanford, FL 32771


Unique Funding Solutions
71 South Central Avenue
Suite 200
Valley Stream, NY 11580


Venus Van Horn
8221 East 134th Street
Grandview, MO 64030


Vimeo Com Inc
PO Box 74008984
Chicago, IL 60674-8984


Zwicker & Associates
80 Minute Man Road
Andover, MA 01810

**United States Bankruptcy Court**
**District of Kansas**

In re OYO Fitness, Inc.

Debtor(s)

Case No.

Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the Administrator of the Estate of Paul Francis of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: June 21, 2024

/s/ Barbara Salvaggio

Barbara Salvaggio/Administrator of the Estate of Paul Francis
Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re    OYO Fitness, Inc.

            Debtor(s)

Case No. _____

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Bruce Salvaggio<br>9240 High Drive<br>Leawood, KS 66206 | Non-Voting | 25,000 | Non-Voting |
| Jami Sunkel<br>6711 Stella Link Road<br>Houston, TX 77005 | Non-Voting | 27,232 | Non-Voting |
| Joseph Baker | Non-Voting | 27,232 | Non-Voting |
| Joseph Kessinger<br>2914 West 72nd Terrace<br>Prairie Village, KS 66208 | Non-Voting Options | 311,500 | Non-Voting Options |
| Judy Chiao<br>6711 Stella Link Road<br>Houston, TX 77005 | Non-Voting | 27,232 | Non-Voting |
| Kurt Van Keppel<br>PO Box 410182<br>Kansas City, MO 64141-0182 | Non-Voting Options | 194,000 | Non-Voting Options |
| Leroy Chiao<br>6711 Stella Link Road<br>SDuite 353<br>Houston, TX 77005 | Non-Voting Options | 77,600 | Non-Voting Options |
| Leroy Chiao<br>6711 Stella Link Road<br>SDuite 353<br>Houston, TX 77005 | Non-Voting | 27,232 | Non-Voting |
| Luis Felipe Derani | | 0.66% | |
| Nicholas Bolton<br>15701 Riley Street<br>Overland Park, KS 66223 | Non-Voting | 296,866 | Non-Voting |
| Paul Francis<br>374 North 750th Road<br>Overbrook, KS 66524 | Voting | 5,812,500 | Voting |

Sheet 1 of 2 in List of Equity Security Holders

In re: <u>OYO Fitness, Inc.</u>     Case No. <u>        </u>

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ripple Consulting, LLC<br>5927 Locust<br>Kansas City, MO 64110 | Non-Voting Options | 582,000 | Non-Voting Options |
| Sonya Andrews<br>3208 Southwest Trafficway<br>Kansas City, MO 64111 | Non-Voting | 161,500 | Non-Voting |
| Sonya Andrews<br>3208 Southwest Trafficway<br>Kansas City, MO 64111 | Non-Voting Options | 155,200 | Non-Voting Options |
| Start Engine EQ Crowdfunders<br>See Attached Exhibit A | | | |
| Terry Rouse<br>3941 Gennessee Street<br>Kansas City, MO 64111 | Non-Voting | 64,700 | Non-Voting |
| Thomas Houlehan<br>330 West 47th Street<br>Kansas City, MO 64112 | Non-Voting | 161,500 | Non-Voting |
| Thomas Houlehan<br>330 West 47th Street<br>Kansas City, MO 64112 | Non-Voting | 75,000 | Non-Voting |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

   I, the Administrator of the Estate of Paul Francis of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date <u>June 21, 2024     </u>   Signature <u>/s/ Barbara Salvaggio   </u>
                      Barbara Salvaggio

<em>Penalty for making a false statement of concealing property:</em> Fine of up to $500,000 or imprisonment for up to 5 years or both.<br>18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 2 total page(s)

| Date Invested | Company Name | Offering Name | Investor Name | Person Type | Investor Email | Country | Share QTY | Base Shares | Bonus Shares | Amount Invested | Investor Fee | Total Amount | Payment Method | Payment Status | Investment Status | Submitted to Escrow | AML/KYC Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022-03-17 11:52 AM | OYO Fitness | OYO Fitness | Todd Dillon | person | mr7402000@gmail.com | US | 14,375 | 12,500 | 1,875 | $25,000.00 | $700.00 | $25,700.00 | ach | SUBMITTED | INVESTED | 2022-04-18T23:25:06.682Z | COMPLETED |
| 2022-03-15 12:40 PM | OYO Fitness | OYO Fitness | Bruce Salvaggio | person | brucesalvaggio@gmail.com | US | 14,375 | 12,500 | 1,875 | $25,000.00 | $700.00 | $25,700.00 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-07-14 22:59 PM | OYO Fitness | OYO Fitness | Nathan Lucash | person | nlucash@gmail.com | US | 5,250 | 5,000 | 250 | $10,000.00 | $350.00 | $10,350.00 credit_card | SUBMITTED | INVESTED | 2022-07-26T03:28:18.822Z | COMPLETED |
| 2022-04-13 6:27 AM | OYO Fitness | OYO Fitness | Denise Kotos | person | jamesisle8033@gmail.com | US | 5,250 | 5,000 | 250 | $10,000.00 | $350.00 | $10,350.00 credit_card | SUBMITTED | INVESTED | 2022-04-20T04:55:44.523Z | COMPLETED |
| 2022-03-29 12:14 PM | OYO Fitness | OYO Fitness | Jason Wotman | person | jwotman@gmail.com | US | 5,250 | 5,000 | 250 | $10,000.00 | $350.00 | $10,350.00 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-07-14 15:10 PM | OYO Fitness | OYO Fitness | Michele Hagans | person | mvhagans@gmail.com | US | 2,750 | 2,500 | 250 | $5,000.00 | $175.00 | $5,175.00 credit_card | SUBMITTED | INVESTED | 2022-07-19T06:44:14.032Z | COMPLETED |
| 2022-05-04 19:23 PM | OYO Fitness | OYO Fitness | Cheryl Harrison | person | rootdigger61@gmail.com | US | 2,550 | 2,500 | 50 | $5,000.00 | $175.00 | $5,175.00 credit_card | SUBMITTED | INVESTED | 2022-05-10T06:19:48.369Z | COMPLETED |
| 2022-05-04 13:22 PM | OYO Fitness | OYO Fitness | Glenn Grider | person | gcgrider@protonmail.com | US | 2,750 | 2,500 | 250 | $5,000.00 | $175.00 | $5,175.00 ach | SUBMITTED | INVESTED | 2022-05-17T06:42:08.091Z | COMPLETED |
| 2022-04-25 3:04 AM | OYO Fitness | OYO Fitness | Kimberly Hatten | person | hattens92411@yahoo.com | US | 2,550 | 2,500 | 50 | $5,000.00 | $175.00 | $5,175.00 ach | SUBMITTED | INVESTED | 2022-05-10T06:00:01.771Z | COMPLETED |
| 2022-04-12 17:02 PM | OYO Fitness | OYO Fitness | Jenny Sheng | person | mamashengof3@gmail.com | US | 2,550 | 2,500 | 50 | $5,000.00 | $175.00 | $5,175.00 credit_card | SUBMITTED | INVESTED | 2022-04-20T04:55:44.523Z | COMPLETED |
| 2022-04-12 12:58 PM | OYO Fitness | OYO Fitness | John Bigwood | person | johncbigwood@gmail.com | US | 2,550 | 2,500 | 50 | $5,000.00 | $175.00 | $5,175.00 credit_card | SUBMITTED | INVESTED | 2022-04-20T04:55:44.523Z | COMPLETED |
| 2022-03-28 12:03 AM | OYO Fitness | OYO Fitness | Mary Sikes | person | sikesa@gmail.com | US | 2,625 | 2,500 | 125 | $5,000.00 | $175.00 | $5,175.00 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-27 22:43 PM | OYO Fitness | OYO Fitness | Kelvin Soetardjo | person | kelvin.ds@live.com.au | AU | 2,625 | 2,500 | 125 | $5,000.00 | $175.00 | $5,175.00 credit_card | SUBMITTED | INVESTED | 2022-05-10T06:19:48.369Z | COMPLETED |
| 2022-03-20 18:30 PM | OYO Fitness | OYO Fitness | Carl Arnold III | person | carlarnoldiii@comcast.net | US | 2,750 | 2,500 | 250 | $5,000.00 | $175.00 | $5,175.00 credit_card | SUBMITTED | INVESTED | 2022-04-16T05:02:27.675Z | COMPLETED |
| 2022-03-17 13:08 PM | OYO Fitness | OYO Fitness | Phil Wipperman | person | glockman092@yahoo.com | US | 2,875 | 2,500 | 375 | $5,000.00 | $175.00 | $5,175.00 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-04-03 7:45 AM | OYO Fitness | OYO Fitness | Harrison Hurst | person | hyhurst@me.com | US | 1,650 | 1,500 | 150 | $3,000.00 | $105.00 | $3,105.00 credit_card | SUBMITTED | INVESTED | 2022-04-16T05:02:27.675Z | COMPLETED |
| 2022-03-15 22:23 PM | OYO Fitness | OYO Fitness | Ali Althani | person | dxb.alt@hotmail.com | AE | 1,725 | 1,500 | 225 | $3,000.00 | $105.00 | $3,105.00 credit_card | SUBMITTED | INVESTED | 2022-05-10T06:19:48.369Z | COMPLETED |
| 2022-03-28 14:02 PM | OYO Fitness | OYO Fitness | Robert Broida | person | rib@ed-qual.com | US | 1,312 | 1,250 | 62 | $2,500.00 | $87.50 | $2,587.50 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-17 23:49 PM | OYO Fitness | OYO Fitness | Robert Collister | person | jakesteriny@hotmail.com | US | 1,437 | 1,250 | 187 | $2,500.00 | $87.50 | $2,587.50 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-27 13:00 PM | OYO Fitness | OYO Fitness | Charles Lowenstein | person | chuckdow@gmail.com | US | 1,177 | 1,121 | 56 | $2,242.00 | $78.47 | $2,320.47 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-07-14 15:38 PM | OYO Fitness | OYO Fitness | Arnold Brownell | person | asbrownell@gmail.com | US | 1,100 | 1,000 | 100 | $2,000.00 | $70.00 | $2,070.00 credit_card | SUBMITTED | INVESTED | 2022-07-19T06:44:14.032Z | COMPLETED |
| 2022-04-16 5:26 AM | OYO Fitness | OYO Fitness | Don Beekman | person | d.m.beekman@verizon.net | US | 1,000 | 1,000 | 0 | $2,000.00 | $70.00 | $2,070.00 credit_card | SUBMITTED | INVESTED | 2022-04-27T01:46:01.513Z | COMPLETED |
| 2022-03-27 9:31 AM | OYO Fitness | OYO Fitness | John Yee | person | tukyee@juno.com | US | 1,050 | 1,000 | 50 | $2,000.00 | $70.00 | $2,070.00 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-17 12:59 PM | OYO Fitness | OYO Fitness | MARTY YOST | person | myost@cekinsurance.com | US | 1,150 | 1,000 | 150 | $2,000.00 | $70.00 | $2,070.00 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-17 10:11 AM | OYO Fitness | OYO Fitness | Tracy Cullers | person | tracyacullers@gmail.com | US | 1,150 | 1,000 | 150 | $2,000.00 | $70.00 | $2,070.00 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-17 7:22 AM | OYO Fitness | OYO Fitness | Damon Ladson | person | dladson@hwglaw.com | US | 1,150 | 1,000 | 150 | $2,000.00 | $70.00 | $2,070.00 ach | SUBMITTED | INVESTED | 2022-03-28T18:02:44.637Z | COMPLETED |
| 2022-05-15 7:16 AM | OYO Fitness | OYO Fitness | Dr Ray Shinneman | person | ray_shinneman@air-compliance.com | US | 750 | 750 | 0 | $1,500.00 | $52.50 | $1,552.50 credit_card | SUBMITTED | INVESTED | 2022-05-24T04:49:23.277Z | COMPLETED |
| 2022-04-14 22:30 PM | OYO Fitness | OYO Fitness | Willis Kelley | person | ewk.2002@gmail.com | US | 750 | 750 | 0 | $1,500.00 | $52.50 | $1,552.50 credit_card | SUBMITTED | INVESTED | 2022-04-27T01:46:01.513Z | COMPLETED |
| 2022-04-12 15:07 PM | OYO Fitness | OYO Fitness | Kevin Hamera | person | kevin.hamera@gmail.com | US | 750 | 750 | 0 | $1,500.00 | $52.50 | $1,552.50 credit_card | SUBMITTED | INVESTED | 2022-04-20T04:55:44.523Z | COMPLETED |
| 2022-03-29 13:21 PM | OYO Fitness | OYO Fitness | Santo Gaetano | person | schmartguy@gmail.com | US | 750 | 750 | 0 | $1,500.00 | $52.50 | $1,552.50 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-29 6:42 AM | OYO Fitness | OYO Fitness | Loren Smith | person | urosmith@gmail.com | US | 787 | 750 | 37 | $1,500.00 | $52.50 | $1,552.50 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-17 6:36 AM | OYO Fitness | OYO Fitness | John R Miller & Rosemary Miller | trust | jrmiller55@gmail.com | US | 862 | 750 | 112 | $1,500.00 | $52.50 | $1,552.50 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-07-17 14:23 PM | OYO Fitness | OYO Fitness | Mariam Awada | person | drmariamawada@gmail.com | US | 818 | 744 | 74 | $1,488.00 | $52.08 | $1,540.08 credit_card | SUBMITTED | INVESTED | 2022-07-26T03:28:18.822Z | COMPLETED |
| 2022-06-20 5:14 AM | OYO Fitness | OYO Fitness | Ashraf Al-Bahlawan | person | ashraf.albahlawan@gmail.com | JO | 737 | 737 | 0 | $1,474.00 | $51.59 | $1,525.59 credit_card | SUBMITTED | INVESTED | 2022-06-28T05:07:13.740Z | COMPLETED |
| 2022-03-20 22:15 PM | OYO Fitness | OYO Fitness | Peng Huang | person | penghuang070284@yahoo.com | US | 788 | 717 | 71 | $1,434.00 | $50.19 | $1,484.19 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-21 9:23 AM | OYO Fitness | OYO Fitness | The KrieLee Group, LLC | company | ruskriewald@aol.com | US | 782 | 711 | 71 | $1,422.00 | $49.77 | $1,471.77 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-28 23:38 PM | OYO Fitness | OYO Fitness | Markus Birkhold | person | markus.birkhold@gmail.com | DE | 707 | 674 | 33 | $1,348.00 | $47.18 | $1,395.18 credit_card | SUBMITTED | INVESTED | 2022-05-10T06:19:48.369Z | COMPLETED |
| 2022-03-28 18:42 PM | OYO Fitness | OYO Fitness | Todd Gilbertson | person | gilb62@hotmail.com | US | 706 | 673 | 33 | $1,346.00 | $47.11 | $1,393.11 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-27 12:43 PM | OYO Fitness | OYO Fitness | Aaron Erickson | person | erickson.aaron@gmail.com | US | 703 | 670 | 33 | $1,340.00 | $46.90 | $1,386.90 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-18 4:25 AM | OYO Fitness | OYO Fitness | Jianghua Huang | person | jhhuang25@gmail.com | US | 748 | 651 | 97 | $1,302.00 | $45.57 | $1,347.57 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-07-18 18:30 PM | OYO Fitness | OYO Fitness | Ian Dixon | person | ian.n.dixon@gmail.com | US | 698 | 635 | 63 | $1,270.00 | $44.45 | $1,314.45 credit_card | SUBMITTED | INVESTED | 2022-07-26T03:28:18.822Z | COMPLETED |
| 2022-06-08 9:49 AM | OYO Fitness | OYO Fitness | Teresa MCQueen | person | mcqueent@swbell.net | US | 633 | 633 | 0 | $1,266.00 | $44.31 | $1,310.31 credit_card | SUBMITTED | INVESTED | 2022-06-14T04:47:39.416Z | COMPLETED |
| 2022-03-30 18:14 PM | OYO Fitness | OYO Fitness | Jessica Pisano | person | justin@justinpisano.com | US | 625 | 625 | 0 | $1,250.00 | $43.75 | $1,293.75 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-17 10:43 AM | OYO Fitness | OYO Fitness | Kristin Lund | person | kvlund35@gmail.com | US | 713 | 620 | 93 | $1,240.00 | $43.40 | $1,283.40 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-20 15:34 PM | OYO Fitness | OYO Fitness | Basudev Adhikari | person | missionbda@gmail.com | US | 679 | 618 | 61 | $1,236.00 | $43.26 | $1,279.26 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-22 11:12 AM | OYO Fitness | OYO Fitness | Gautam Dey | person | gautam.dey77@gmail.com | US | 630 | 600 | 30 | $1,200.00 | $42.00 | $1,242.00 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-18 7:20 AM | OYO Fitness | OYO Fitness | Jasper Timmermans | person | jastimpje@gmail.com | NL | 690 | 600 | 90 | $1,200.00 | $42.00 | $1,242.00 credit_card | SUBMITTED | INVESTED | 2022-05-10T06:19:48.369Z | COMPLETED |
| 2022-03-17 10:35 AM | OYO Fitness | OYO Fitness | Michael R Oppizzi | person | moppizzi57@gmail.com | US | 690 | 600 | 90 | $1,200.00 | $42.00 | $1,242.00 ach | SUBMITTED | INVESTED | 2022-03-28T18:02:44.637Z | COMPLETED |
| 2022-03-23 12:51 PM | OYO Fitness | OYO Fitness | Gary Morin | person | garyslock@yahoo.com | US | 624 | 595 | 29 | $1,190.00 | $41.65 | $1,231.65 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-27 13:58 PM | OYO Fitness | OYO Fitness | Andrew Turner | person | alturner2@gmail.com | US | 605 | 577 | 28 | $1,154.00 | $40.39 | $1,194.39 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |

Exhibit A

| 2022-03-29 8:53 AM | OYO Fitness | OYO Fitness | Hicham Regragui | person | hicham_regragui@msn.com | US | 601 | 573 | 28 | $1,146.00 | $40.11 | $1,186.11 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022-03-27 18:07 PM | OYO Fitness | OYO Fitness | Todd Deluca | person | dayluca@yahoo.com | US | 598 | 570 | 28 | $1,140.00 | $39.90 | $1,179.90 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-17 21:43 PM | OYO Fitness | OYO Fitness | Armando Rodriguez | person | armando565@yahoo.com | US | 625 | 544 | 81 | $1,088.00 | $38.08 | $1,126.08 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-16 22:14 PM | OYO Fitness | OYO Fitness | Priyankha Balasundaram | person | priyankha@gmail.com | US | 616 | 536 | 80 | $1,072.00 | $37.52 | $1,109.52 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-07-15 10:14 AM | OYO Fitness | OYO Fitness | Howard Hesford | person | howieleroy@gmail.com | US | 587 | 534 | 53 | $1,068.00 | $37.38 | $1,105.38 credit_card | SUBMITTED | INVESTED | 2022-07-26T03:28:18.822Z | COMPLETED |
| 2022-07-16 14:53 PM | OYO Fitness | OYO Fitness | INAMULHAQUE SABOOR | person | inamul212@gmail.com | US | 584 | 531 | 53 | $1,062.00 | $37.17 | $1,099.17 ach | SUBMITTED | INVESTED | 2022-08-02T01:03:53.003Z | COMPLETED |
| 2022-05-08 17:33 PM | OYO Fitness | OYO Fitness | Patrick Quimby | person | psq725-cio@yahoo.com | US | 583 | 530 | 53 | $1,060.00 | $37.10 | $1,097.10 credit_card | SUBMITTED | INVESTED | 2022-05-17T06:51:03.663Z | COMPLETED |
| 2022-05-08 10:44 AM | OYO Fitness | OYO Fitness | James Armbruster II | person | drjimdmd1949@icloud.com | US | 583 | 530 | 53 | $1,060.00 | $37.10 | $1,097.10 credit_card | SUBMITTED | INVESTED | 2022-05-17T06:51:03.663Z | COMPLETED |
| 2022-06-06 16:59 PM | OYO Fitness | OYO Fitness | Damon Ladson | person | dladson@hwglaw.com | US | 528 | 528 | 0 | $1,056.00 | $36.96 | $1,092.96 ach | SUBMITTED | INVESTED | 2022-06-21T06:16:15.421Z | COMPLETED |
| 2022-07-02 5:47 AM | OYO Fitness | OYO Fitness | Ori Ben Shabat | person | orib669@gmail.com | US | 527 | 527 | 0 | $1,054.00 | $36.89 | $1,090.89 credit_card | SUBMITTED | INVESTED | 2022-07-12T21:01:59.968Z | COMPLETED |
| 2022-05-10 21:30 PM | OYO Fitness | OYO Fitness | Kandi Clark | person | kandiclark13@aol.com | US | 579 | 527 | 52 | $1,054.00 | $36.89 | $1,090.89 credit_card | SUBMITTED | INVESTED | 2022-05-17T06:51:03.663Z | COMPLETED |
| 2022-07-19 7:53 AM | OYO Fitness | OYO Fitness | Peanut Butter & Jelly LLC | company | pdl7@aol.com | US | 578 | 526 | 52 | $1,052.00 | $36.82 | $1,088.82 credit_card | SUBMITTED | INVESTED | 2022-07-26T03:28:18.822Z | COMPLETED |
| 2022-03-17 9:50 AM | OYO Fitness | OYO Fitness | MANDEEP SINGH | person | mandeepgsaini@yahoo.com | US | 602 | 524 | 78 | $1,048.00 | $36.68 | $1,084.68 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-07-13 19:56 PM | OYO Fitness | OYO Fitness | Richard Franetzki | person | rick7087@aol.com | US | 523 | 523 | 0 | $1,046.00 | $36.61 | $1,082.61 credit_card | SUBMITTED | INVESTED | 2022-07-19T06:44:14.032Z | COMPLETED |
| 2022-07-19 23:55 PM | OYO Fitness | OYO Fitness | Seth Brody | person | sbrody116@yahoo.com | US | 520 | 520 | 0 | $1,040.00 | $36.40 | $1,076.40 credit_card | SUBMITTED | INVESTED | 2022-07-26T03:28:18.822Z | COMPLETED |
| 2022-03-20 16:03 PM | OYO Fitness | OYO Fitness | Mark Bentley | person | mbentley@cfl.rr.com | US | 567 | 516 | 51 | $1,032.00 | $36.12 | $1,068.12 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-04-17 12:06 PM | OYO Fitness | OYO Fitness | George Macomber | person | russmacomber017@gmail.com | US | 563 | 512 | 51 | $1,024.00 | $35.84 | $1,059.84 credit_card | SUBMITTED | INVESTED | 2022-04-27T01:46:01.513Z | COMPLETED |
| 2022-03-20 18:10 PM | OYO Fitness | OYO Fitness | Jay Harris | person | jay@jhcocpa.com | US | 562 | 511 | 51 | $1,022.00 | $35.77 | $1,057.77 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-21 7:27 AM | OYO Fitness | OYO Fitness | solon wilkins | person | solonwilkins@gmail.com | US | 561 | 510 | 51 | $1,020.00 | $35.70 | $1,055.70 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-21 9:26 AM | OYO Fitness | OYO Fitness | Carin Chapman | person | avs2525@yahoo.com | US | 558 | 508 | 50 | $1,016.00 | $35.56 | $1,051.56 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-07-19 23:15 PM | OYO Fitness | OYO Fitness | COURTNEY RAPLEY | person | tech4155@yahoo.com | US | 500 | 500 | 0 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-07-26T03:28:18.822Z | COMPLETED |
| 2022-07-19 22:51 PM | OYO Fitness | OYO Fitness | Kris Hesford | person | river_rat_502@yahoo.com | US | 550 | 500 | 50 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-07-26T03:28:18.822Z | COMPLETED |
| 2022-07-19 6:32 AM | OYO Fitness | OYO Fitness | Florian Kirchler | person | floriankirchler@yahoo.de | DE | 500 | 500 | 0 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-07-26T03:28:18.822Z | COMPLETED |
| 2022-07-15 16:58 PM | OYO Fitness | OYO Fitness | Dennis Soderstrum | person | sodefhdds@aol.com | US | 500 | 500 | 0 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-07-26T03:28:18.822Z | COMPLETED |
| 2022-07-14 17:16 PM | OYO Fitness | OYO Fitness | Joseph Silva | person | joesilva1962@gmail.com | US | 500 | 500 | 0 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-07-19T06:44:14.032Z | COMPLETED |
| 2022-07-14 11:06 AM | OYO Fitness | OYO Fitness | David Castricone | person | dcastricone2@verizon.net | US | 500 | 500 | 0 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-07-19T06:44:14.032Z | COMPLETED |
| 2022-07-14 4:41 AM | OYO Fitness | OYO Fitness | Julian Ellison | person | julian@grandprixcafe.com | US | 500 | 500 | 0 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-07-19T06:44:14.032Z | COMPLETED |
| 2022-07-09 18:18 PM | OYO Fitness | OYO Fitness | William Strickling | person | wstrickling@hotmail.com | US | 550 | 500 | 50 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-07-19T06:44:14.032Z | COMPLETED |
| 2022-05-10 14:46 PM | OYO Fitness | OYO Fitness | Justin Gamab | person | kicktrickz@gmail.com | US | 500 | 500 | 0 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-05-17T06:51:03.663Z | COMPLETED |
| 2022-05-10 10:16 AM | OYO Fitness | OYO Fitness | James Haynes | person | jlhaynes0@gmail.com | US | 500 | 500 | 0 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-05-17T06:51:03.663Z | COMPLETED |
| 2022-04-29 13:00 PM | OYO Fitness | OYO Fitness | William Lancaster | person | naught_cord0x@icloud.com | US | 500 | 500 | 0 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-05-10T06:19:48.369Z | COMPLETED |
| 2022-04-13 12:47 PM | OYO Fitness | OYO Fitness | Alejandro Ruiz | person | dare2dreambig@gmail.com | US | 500 | 500 | 0 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-04-20T04:55:44.523Z | COMPLETED |
| 2022-04-13 10:11 AM | OYO Fitness | OYO Fitness | Danilo Ebias | person | danilo.ebias.jr@outlook.com | US | 500 | 500 | 0 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-04-20T04:55:44.523Z | COMPLETED |
| 2022-04-12 19:04 PM | OYO Fitness | OYO Fitness | Michele Hagans | person | mvhagans@gmail.com | US | 550 | 500 | 50 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-04-20T04:55:44.523Z | COMPLETED |
| 2022-04-12 12:31 PM | OYO Fitness | OYO Fitness | Clay Goodman | person | clay_goodman@msn.com | US | 500 | 500 | 0 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-04-20T04:55:44.523Z | COMPLETED |
| 2022-03-31 12:25 AM | OYO Fitness | OYO Fitness | Wakako Shiota | person | shiota.wakako@gmail.com | JP | 500 | 500 | 0 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-05-10T06:19:48.369Z | COMPLETED |
| 2022-03-30 16:44 PM | OYO Fitness | OYO Fitness | Jack Robinson | person | jcr.lic@charter.net | US | 550 | 500 | 50 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-29 7:57 AM | OYO Fitness | OYO Fitness | Jason Nakashima | person | jasn_2000@yahoo.com | US | 525 | 500 | 25 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-28 23:50 PM | OYO Fitness | OYO Fitness | Linda Ordoukhanian | person | ukinoto@yahoo.com | US | 550 | 500 | 50 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-28 22:09 PM | OYO Fitness | OYO Fitness | Jon Meagher | person | celticboy@hotmail.com | US | 525 | 500 | 25 | $1,000.00 | $35.00 | $1,035.00 ach | SUBMITTED | INVESTED | 2022-04-18T23:25:06.682Z | COMPLETED |
| 2022-03-28 16:06 PM | OYO Fitness | OYO Fitness | sandra molidor | person | sandymoli327@gmail.com | US | 550 | 500 | 50 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-27 15:24 PM | OYO Fitness | OYO Fitness | Debra Cunningham | person | flymicco@gmail.com | US | 525 | 500 | 25 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-27 14:20 PM | OYO Fitness | OYO Fitness | Justin Reed | person | jcsvj6dr5j@privaterelay.appleid.com | US | 525 | 500 | 25 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-27 11:51 AM | OYO Fitness | OYO Fitness | Mark A Etheridge | person | supcon19@hotmail.com | US | 525 | 500 | 25 | $1,000.00 | $35.00 | $1,035.00 ach | SUBMITTED | INVESTED | 2022-04-18T23:25:06.682Z | COMPLETED |
| 2022-03-27 9:48 AM | OYO Fitness | OYO Fitness | Hector Lugo | person | hllugo@hotmail.com | US | 525 | 500 | 25 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-27 9:36 AM | OYO Fitness | OYO Fitness | Hector Lugo | person | hllugo@hotmail.com | US | 525 | 500 | 25 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-24 8:52 AM | OYO Fitness | OYO Fitness | Bearen Lewis | person | bearenl@yahoo.com | US | 525 | 500 | 25 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-04-16T05:02:27.675Z | COMPLETED |
| 2022-03-22 16:43 PM | OYO Fitness | OYO Fitness | Kandi Clark | person | kandiclark13@aol.com | US | 550 | 500 | 50 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-21 21:37 PM | OYO Fitness | OYO Fitness | Shannon Reilly | person | shamur@comcast.net | US | 550 | 500 | 50 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-21 17:11 PM | OYO Fitness | OYO Fitness | JARED JOYCE | person | jared@jaredjoyce.com | US | 550 | 500 | 50 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-20 21:24 PM | OYO Fitness | OYO Fitness | David Dornier | person | reinroddmd@gmail.com | US | 550 | 500 | 50 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |

| Date/Time | | | Name | Type | Email | Country | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022-03-20 17:08 PM | OYO Fitness | OYO Fitness | Matthew Licholai | person | mattlic@outlook.com | US | 550 | 500 | 50 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-18 17:37 PM | OYO Fitness | OYO Fitness | Christopher Thompson | person | flatbedotr@gmail.com | US | 550 | 500 | 50 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-18 3:18 AM | OYO Fitness | OYO Fitness | Nicole Stott | person | nicole@npsdiscovery.com | US | 575 | 500 | 75 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-17 15:01 PM | OYO Fitness | OYO Fitness | Edward Jones | ira | wsmidl@aol.com | US | 575 | 500 | 75 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-17 10:04 AM | OYO Fitness | OYO Fitness | Bryan Barreras | person | bryan.barreras@nyu.edu | US | 575 | 500 | 75 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-17 9:17 AM | OYO Fitness | OYO Fitness | Innis O'Rourke | person | iorourke3@gmail.com | US | 575 | 500 | 75 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-17 5:08 AM | OYO Fitness | OYO Fitness | Lukas Leullelk | person | saito88@freenet.de | DE | 575 | 500 | 75 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-05-10T06:19:48.369Z | COMPLETED |
| 2022-03-16 22:32 PM | OYO Fitness | OYO Fitness | Senthil Nachimuthu | person | snachimu@gmail.com | US | 575 | 500 | 75 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-16 21:46 PM | OYO Fitness | OYO Fitness | Theyartis Edwards | person | theyartis@hotmail.com | US | 575 | 500 | 75 | $1,000.00 | $35.00 | $1,035.00 ach | SUBMITTED | INVESTED | 2022-03-28T18:02:44.637Z | COMPLETED |
| 2022-03-16 20:15 PM | OYO Fitness | OYO Fitness | Loren Lieberthal | person | headwriter@gmail.com | US | 575 | 500 | 75 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-16 20:11 PM | OYO Fitness | OYO Fitness | Joseph Vuono | person | josephcvuono@yahoo.com | US | 575 | 500 | 75 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-04-16T05:02:27.675Z | COMPLETED |
| 2022-03-16 18:52 PM | OYO Fitness | OYO Fitness | Samar Naik | person | samar200@gmail.com | US | 575 | 500 | 75 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-16 16:44 PM | OYO Fitness | OYO Fitness | Valtaree Boyd | person | nlrar2015@gmail.com | US | 575 | 500 | 75 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-16 16:32 PM | OYO Fitness | OYO Fitness | Richard Nobliski | person | rich.nobliski@gmail.com | US | 575 | 500 | 75 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-16 14:24 PM | OYO Fitness | OYO Fitness | Ronald Kemnitzer | person | rkemnitz@vt.edu | US | 575 | 500 | 75 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-16 14:02 PM | OYO Fitness | OYO Fitness | Gerald McDaniel | person | g.pat.mcdaniel@gmail.com | US | 575 | 500 | 75 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-16 11:43 AM | OYO Fitness | OYO Fitness | Margaret Rose | person | msr200sw@yahoo.com | US | 575 | 500 | 75 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-04-16T05:02:27.675Z | COMPLETED |
| 2022-03-16 10:44 AM | OYO Fitness | OYO Fitness | Charlton Burns | person | charltonburns@hotmail.com | US | 575 | 500 | 75 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-16 10:10 AM | OYO Fitness | OYO Fitness | Eduardo Naval | person | ednaval@msn.com | US | 575 | 500 | 75 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-16 9:21 AM | OYO Fitness | OYO Fitness | Peter Bogdan | person | peterbogdan56@yahoo.com | US | 575 | 500 | 75 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-16 8:41 AM | OYO Fitness | OYO Fitness | Jaime Oikle | person | jaimeoikle@gmail.com | US | 575 | 500 | 75 | $1,000.00 | $35.00 | $1,035.00 ach | SUBMITTED | INVESTED | 2022-03-28T18:02:44.637Z | COMPLETED |
| 2022-03-16 7:51 AM | OYO Fitness | OYO Fitness | Donald Shickle | person | drshickle@verizon.net | US | 575 | 500 | 75 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-16 7:36 AM | OYO Fitness | OYO Fitness | kim haskins | person | shask@aol.com | US | 575 | 500 | 75 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-16 6:49 AM | OYO Fitness | OYO Fitness | morris gelman | person | lesliegelman92@hotmail.com | US | 575 | 500 | 75 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-16 6:10 AM | OYO Fitness | OYO Fitness | Wael Azer | person | waelazer@yahoo.com | US | 575 | 500 | 75 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-15 23:43 PM | OYO Fitness | OYO Fitness | Sean DiPaolo | person | xonz@protonmail.com | US | 575 | 500 | 75 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-15 22:47 PM | OYO Fitness | OYO Fitness | Matthew Licholai | person | mattlic@outlook.com | US | 575 | 500 | 75 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-15 15:34 PM | OYO Fitness | OYO Fitness | michael mathews | person | vbmanmike@yahoo.com | US | 575 | 500 | 75 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-15 15:24 PM | OYO Fitness | OYO Fitness | Andrew Wong | person | andrew.c.wong.3506@gmail.com | US | 575 | 500 | 75 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-15 11:41 AM | OYO Fitness | OYO Fitness | Jon Panter | person | brewme1@hotmail.com | US | 575 | 500 | 75 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-15 11:32 AM | OYO Fitness | OYO Fitness | Robert Sherman | person | contactbobsherman@gmail.com | US | 575 | 500 | 75 | $1,000.00 | $35.00 | $1,035.00 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-04-04 10:21 AM | OYO Fitness | OYO Fitness | nate C | person | 98nathaniel@gmail.com | US | 325 | 325 | 0 | $650.00 | $22.75 | $672.75 credit_card | SUBMITTED | INVESTED | 2022-04-16T05:02:27.675Z | COMPLETED |
| 2022-03-17 20:31 PM | OYO Fitness | OYO Fitness | Jeffrey Frey | person | myorders@bbtny.com | US | 350 | 305 | 45 | $610.00 | $21.35 | $631.35 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-25 19:57 PM | OYO Fitness | OYO Fitness | Raynay Valles | person | raynayvalles@gmail.com | US | 315 | 300 | 15 | $600.00 | $21.00 | $621.00 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-20 20:12 PM | OYO Fitness | OYO Fitness | Bryan Williams | person | bkwill232@yahoo.com | US | 302 | 275 | 27 | $550.00 | $19.25 | $569.25 ach | SUBMITTED | INVESTED | 2022-04-04T19:54:45.175Z | COMPLETED |
| 2022-03-17 16:44 PM | OYO Fitness | OYO Fitness | Asheesh Bothra | person | asheeshbothra@gmail.com | US | 288 | 251 | 37 | $502.00 | $17.57 | $519.57 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-07-19 22:52 PM | OYO Fitness | OYO Fitness | Andrew Johnson | person | andrew2300@gmail.com | US | 250 | 250 | 0 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-07-26T03:28:18.822Z | COMPLETED |
| 2022-07-19 22:50 PM | OYO Fitness | OYO Fitness | Ernest Burgman | person | ernestburgman@gmail.com | US | 275 | 250 | 25 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-07-26T03:28:18.822Z | COMPLETED |
| 2022-07-19 22:42 PM | OYO Fitness | OYO Fitness | Sarah Ewart | person | sarahewart@hotmail.com | US | 250 | 250 | 0 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-07-26T03:28:18.822Z | COMPLETED |
| 2022-07-18 20:09 PM | OYO Fitness | OYO Fitness | John Little | person | jackcanbefound@gmail.com | US | 250 | 250 | 0 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-07-26T03:28:18.822Z | COMPLETED |
| 2022-07-15 6:32 AM | OYO Fitness | OYO Fitness | Dustin Smith | person | dusty0659@gmail.com | US | 250 | 250 | 0 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-07-26T03:28:18.822Z | COMPLETED |
| 2022-07-13 21:55 PM | OYO Fitness | OYO Fitness | WILLIAM CUMMINGS | person | wmmcummings@gmail.com | PH | 250 | 250 | 0 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-07-19T06:44:14.032Z | COMPLETED |
| 2022-07-13 16:03 PM | OYO Fitness | OYO Fitness | Jeffrey Willoughby | person | willoughbyj07@yahoo.com | US | 275 | 250 | 25 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-07-19T06:44:14.032Z | COMPLETED |
| 2022-06-09 7:19 AM | OYO Fitness | OYO Fitness | Courtney Calk | person | christiecalk@yahoo.com | US | 250 | 250 | 0 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-06-14T04:47:39.416Z | COMPLETED |
| 2022-06-07 13:38 PM | OYO Fitness | OYO Fitness | Veldon Sallee | person | veldon@gtengineers.com | US | 250 | 250 | 0 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-06-14T04:47:39.416Z | COMPLETED |
| 2022-05-10 8:17 AM | OYO Fitness | OYO Fitness | Akinola Emmanuel | person | akinemma@gmail.com | US | 250 | 250 | 0 | $500.00 | $17.50 | $517.50 ach | SUBMITTED | INVESTED | 2022-05-24T05:30:34.271Z | COMPLETED |
| 2022-04-26 11:46 AM | OYO Fitness | OYO Fitness | PARKER RICHARDSON | person | xxxfw8tdjk@privaterelay.appleid.com | US | 250 | 250 | 0 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-05-10T05:53:42.926Z | COMPLETED |
| 2022-04-20 20:58 PM | OYO Fitness | OYO Fitness | Jacob Pruess | person | twelve@gmail.com | US | 250 | 250 | 0 | $500.00 | $17.50 | $517.50 ach | SUBMITTED | INVESTED | 2022-05-03T01:39:26.138Z | COMPLETED |
| 2022-04-12 16:58 PM | OYO Fitness | OYO Fitness | andrea valerio | person | avalerio1967@gmail.com | US | 275 | 250 | 25 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-04-20T04:55:44.523Z | COMPLETED |
| 2022-04-12 14:46 PM | OYO Fitness | OYO Fitness | Krista Holland | person | gkholland@live.com | US | 250 | 250 | 0 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-04-20T04:55:44.523Z | COMPLETED |
| 2022-04-02 14:02 PM | OYO Fitness | OYO Fitness | Kendall Dobison | person | kdobison@yahoo.com | US | 275 | 250 | 25 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-04-16T05:02:27.675Z | COMPLETED |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022-04-01 10:55 AM | OYO Fitness | OYO Fitness | JOHNNY LI | person | reptile18@gmail.com | US | 275 | 250 | 25 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-04-16T05:02:27.675Z | COMPLETED |
| 2022-03-31 5:35 AM | OYO Fitness | OYO Fitness | Jeffrey Willoughby | person | willoughbyj07@yahoo.com | US | 250 | 250 | 0 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-29 7:15 AM | OYO Fitness | OYO Fitness | Alicia Smith | person | aliciasmith2017@gmail.com | US | 262 | 250 | 12 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-29 7:15 AM | OYO Fitness | OYO Fitness | Ashley Smith | person | ashleylsmith2019@gmail.com | US | 262 | 250 | 12 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-29 5:11 AM | OYO Fitness | OYO Fitness | Allison Briley | person | thebrileys7@gmail.com | US | 262 | 250 | 12 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-28 15:49 PM | OYO Fitness | OYO Fitness | Ahmad Abbott | person | a_abbott80@yahoo.com | US | 262 | 250 | 12 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-28 15:17 PM | OYO Fitness | OYO Fitness | Edgar Flores | person | edgarf2002@gmail.com | US | 262 | 250 | 12 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-28 12:10 PM | OYO Fitness | OYO Fitness | Jonathan Michael Anonuevo | person | jonathan.anonuevo@gmail.com | US | 262 | 250 | 12 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-27 22:10 PM | OYO Fitness | OYO Fitness | Robert Battisti | person | rob.battisti@gmail.com | AU | 262 | 250 | 12 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-05-10T06:19:48.369Z | COMPLETED |
| 2022-03-27 16:59 PM | OYO Fitness | OYO Fitness | The Arnold Family Trust date August 26,2014 | trust | s.d.arnold@sbcglobal.net | US | 262 | 250 | 12 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-06-28T05:07:13.740Z | COMPLETED |
| 2022-03-27 16:24 PM | OYO Fitness | OYO Fitness | Eric Eshleman | person | eeshleman@gmail.com | US | 262 | 250 | 12 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-27 15:19 PM | OYO Fitness | OYO Fitness | Elliot Oki | person | elliot.oki@gmail.com | US | 262 | 250 | 12 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-27 15:10 PM | OYO Fitness | OYO Fitness | Julia Johnson | person | bills@techboi.com | US | 262 | 250 | 12 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-27 13:57 PM | OYO Fitness | OYO Fitness | Roberta Golden | person | rgolden29@comcast.net | US | 262 | 250 | 12 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-21 20:14 PM | OYO Fitness | OYO Fitness | Robert Giese | person | rob_giese@outlook.com | US | 275 | 250 | 25 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-21 4:30 AM | OYO Fitness | OYO Fitness | David Hekka | person | s9ysm5m2bc@privaterelay.appleid.com | US | 275 | 250 | 25 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-20 22:51 PM | OYO Fitness | OYO Fitness | Colter Barney | person | cbarney523@gmail.com | US | 275 | 250 | 25 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-20 13:48 PM | OYO Fitness | OYO Fitness | Sharla-Elyn Robinson | person | sharlashopsmypoints@gmail.com | US | 275 | 250 | 25 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-18 9:08 AM | OYO Fitness | OYO Fitness | Jason Chi | person | jason.chi103@gmail.com | US | 275 | 250 | 25 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-18 6:03 AM | OYO Fitness | OYO Fitness | Yin Chen | person | monkeysontheseine@gmail.com | US | 287 | 250 | 37 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-17 16:32 PM | OYO Fitness | OYO Fitness | Edward O'Connor | person | evqr1@gmail.com | US | 287 | 250 | 37 | $500.00 | $17.50 | $517.50 ach | SUBMITTED | INVESTED | 2022-05-17T06:42:08.091Z | COMPLETED |
| 2022-03-17 15:44 PM | OYO Fitness | OYO Fitness | Edward Goldfarb | person | sopodispenser@aol.com | US | 287 | 250 | 37 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-17 12:05 PM | OYO Fitness | OYO Fitness | Gary Fisher | person | scrabbs@aol.com | US | 287 | 250 | 37 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-16 21:51 PM | OYO Fitness | OYO Fitness | Khalid Alblooshi | person | kjjdxb@yahoo.com | AE | 287 | 250 | 37 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-05-10T06:19:48.369Z | COMPLETED |
| 2022-03-16 19:43 PM | OYO Fitness | OYO Fitness | ross razak | person | rossrazak@hotmail.com | US | 287 | 250 | 37 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-16 13:52 PM | OYO Fitness | OYO Fitness | Shakir Burhani | person | sburhani@gmail.com | US | 287 | 250 | 37 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-16 12:51 PM | OYO Fitness | OYO Fitness | Jacob Coleman | person | jmcoleman1998@gmail.com | US | 287 | 250 | 37 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-16 12:44 PM | OYO Fitness | OYO Fitness | Jordan Book | person | jordanbook@me.com | US | 287 | 250 | 37 | $500.00 | $17.50 | $517.50 ach | SUBMITTED | INVESTED | 2022-03-28T18:02:44.637Z | COMPLETED |
| 2022-03-16 9:58 AM | OYO Fitness | OYO Fitness | Robert Stanton | person | bobstanton77@gmail.com | US | 287 | 250 | 37 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-16 7:37 AM | OYO Fitness | OYO Fitness | Walter Scott | person | wjscott89@gmail.com | US | 287 | 250 | 37 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-15 18:17 PM | OYO Fitness | OYO Fitness | Boris Stojanovic | person | borislav1977@gmail.com | US | 287 | 250 | 37 | $500.00 | $17.50 | $517.50 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-04-15 8:53 AM | OYO Fitness | OYO Fitness | Brian Fortney | person | bmbeu@aol.com | US | 238 | 238 | 0 | $476.00 | $16.66 | $492.66 credit_card | SUBMITTED | INVESTED | 2022-04-27T01:46:01.513Z | COMPLETED |
| 2022-03-16 7:25 AM | OYO Fitness | OYO Fitness | Balazs Szoke | person | ballzm3@hotmail.com | US | 262 | 228 | 34 | $456.00 | $15.96 | $471.96 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-15 14:34 PM | OYO Fitness | OYO Fitness | alex boosalis | person | aboosalis@stormlakecapital.com | US | 262 | 228 | 34 | $456.00 | $15.96 | $471.96 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-07-14 4:26 AM | OYO Fitness | OYO Fitness | Matthew Knorr | person | mattias.knorr@gmail.com | US | 200 | 200 | 0 | $400.00 | $14.00 | $414.00 credit_card | SUBMITTED | INVESTED | 2022-07-19T06:44:14.032Z | COMPLETED |
| 2022-03-30 17:19 PM | OYO Fitness | OYO Fitness | Corey Glidden | person | gnonymuss@gmail.com | US | 200 | 200 | 0 | $400.00 | $14.00 | $414.00 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-19 17:12 PM | OYO Fitness | OYO Fitness | Chris Ibie | person | optimuminter@yahoo.com | US | 220 | 200 | 20 | $400.00 | $14.00 | $414.00 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-17 16:36 PM | OYO Fitness | OYO Fitness | John Byrom | person | tombyrom@comcast.net | US | 230 | 200 | 30 | $400.00 | $14.00 | $414.00 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-16 14:12 PM | OYO Fitness | OYO Fitness | Donald Poynter | person | poynter@indy.net | US | 224 | 195 | 29 | $390.00 | $13.65 | $403.65 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-16 13:11 PM | OYO Fitness | OYO Fitness | Erik Miller | person | funkaholik@yahoo.com | US | 224 | 195 | 29 | $390.00 | $13.65 | $403.65 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-16 13:08 PM | OYO Fitness | OYO Fitness | Harsha Chandrashekaraiah | person | harsha1306@gmail.com | US | 224 | 195 | 29 | $390.00 | $13.65 | $403.65 ach | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-26 20:10 PM | OYO Fitness | OYO Fitness | Huzaifah Khan | person | huzaifah777@hotmail.com | AU | 197 | 188 | 9 | $376.00 | $13.16 | $389.16 credit_card | SUBMITTED | INVESTED | 2022-05-10T06:19:48.369Z | COMPLETED |
| 2022-03-18 7:02 AM | OYO Fitness | OYO Fitness | Sharene Hawthorne-Rene | person | inspectorenerahs@aol.com | US | 201 | 175 | 26 | $350.00 | $12.25 | $362.25 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-15 13:55 PM | OYO Fitness | OYO Fitness | Eric Su | person | ericwsu76@gmail.com | US | 201 | 175 | 26 | $350.00 | $12.25 | $362.25 credit_card | SUBMITTED | INVESTED | 2022-04-16T05:02:27.675Z | COMPLETED |
| 2022-03-16 16:12 PM | OYO Fitness | OYO Fitness | The Gandhi Family Revocable Trust dated | trust | biren.gandhi@gmail.com | US | 200 | 174 | 26 | $348.00 | $12.18 | $360.18 credit_card | SUBMITTED | INVESTED | 2022-05-10T06:19:48.369Z | COMPLETED |
| 2022-03-15 15:32 PM | OYO Fitness | OYO Fitness | Jeremy Chamblin Mauricio Gutiérrez | person | jchamblin09@gmail.com | US | 187 | 163 | 24 | $326.00 | $11.41 | $337.41 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-07-19 17:06 PM | OYO Fitness | OYO Fitness | Gandara | person | flymau7@yahoo.com | US | 165 | 150 | 15 | $300.00 | $10.50 | $310.50 credit_card | SUBMITTED | INVESTED | 2022-07-26T03:28:18.822Z | COMPLETED |
| 2022-07-15 10:01 AM | OYO Fitness | OYO Fitness | Steve Mellor | person | steven.mellor@yahoo.com | US | 150 | 150 | 0 | $300.00 | $10.50 | $310.50 credit_card | SUBMITTED | INVESTED | 2022-07-26T03:28:18.822Z | COMPLETED |
| 2022-07-13 20:12 PM | OYO Fitness | OYO Fitness | Lary Korn | person | laryk75@gmail.com | US | 150 | 150 | 0 | $300.00 | $10.50 | $310.50 credit_card | SUBMITTED | INVESTED | 2022-07-19T06:44:14.032Z | COMPLETED |
| 2022-05-08 17:54 PM | OYO Fitness | OYO Fitness | Christopher Greer | person | christgreer@gmail.com | US | 165 | 150 | 15 | $300.00 | $10.50 | $310.50 credit_card | SUBMITTED | INVESTED | 2022-05-17T06:51:03.663Z | COMPLETED |
| 2022-04-16 18:53 PM | OYO Fitness | OYO Fitness | Lorenzo Fernandez | person | booklogic12345@gmail.com | US | 165 | 150 | 15 | $300.00 | $10.50 | $310.50 credit_card | SUBMITTED | INVESTED | 2022-04-27T01:46:01.513Z | COMPLETED |

| Date | Co1 | Co2 | Name | Type | Email | Country | V1 | V2 | N | Amount | Fee | Total | Status1 | Status2 | Ref | Status3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022-04-04 9:44 AM | OYO Fitness | OYO Fitness | Roger McCoy | person | roger.mccoy@asu.edu | US | 150 | 150 | 0 | $300.00 | $10.50 | $310.50 ach | SUBMITTED | INVESTED | 2022-04-20T04:09:03.998Z | COMPLETED |
| 2022-03-30 20:31 PM | OYO Fitness | OYO Fitness | Alicson Knowland | person | alicson@gmail.com | DE | 150 | 150 | 0 | $300.00 | $10.50 | $310.50 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-30 7:35 AM | OYO Fitness | OYO Fitness | Alexander Rosenke | person | arosenke@googlemail.com | DE | 150 | 150 | 0 | $300.00 | $10.50 | $310.50 credit_card | SUBMITTED | INVESTED | 2022-05-10T06:19:48.369Z | COMPLETED |
| 2022-03-20 17:26 PM | OYO Fitness | OYO Fitness | Robert Wall | person | raw9499@gmail.com | US | 165 | 150 | 15 | $300.00 | $10.50 | $310.50 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-20 13:26 PM | OYO Fitness | OYO Fitness | Akinola Emmanuel | person | akinemma@gmail.com | US | 165 | 150 | 15 | $300.00 | $10.50 | $310.50 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-18 13:16 PM | OYO Fitness | OYO Fitness | Arkadiy Lakshtanov | person | arkadiy_@hotmail.com | US | 165 | 150 | 15 | $300.00 | $10.50 | $310.50 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-18 7:14 AM | OYO Fitness | OYO Fitness | Shamez Davis | person | shamezdavis@yahoo.com | US | 172 | 150 | 22 | $300.00 | $10.50 | $310.50 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-28 16:40 PM | OYO Fitness | OYO Fitness | John Chantharuck | person | jchantharuck@gmail.com | US | 150 | 143 | 7 | $286.00 | $10.01 | $296.01 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-17 13:58 PM | OYO Fitness | OYO Fitness | Justin Kite | person | jud5483@gmail.com | US | 161 | 140 | 21 | $280.00 | $9.80 | $289.80 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-16 15:27 PM | OYO Fitness | OYO Fitness | Pathil LLC | company | neelamperoor75@gmail.com | US | 155 | 135 | 20 | $270.00 | $9.45 | $279.45 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-21 21:42 PM | OYO Fitness | OYO Fitness | Hao Zhang | person | mr.haozhang@gmail.com | US | 143 | 130 | 13 | $260.00 | $9.10 | $269.10 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-07-14 12:55 PM | OYO Fitness | OYO Fitness | Baron Huntington | person | baron.huntington@gmail.com | US | 126 | 126 | 0 | $252.00 | $8.82 | $260.82 credit_card | SUBMITTED | INVESTED | 2022-07-19T06:44:14.032Z | COMPLETED |
| 2022-07-19 23:21 PM | OYO Fitness | OYO Fitness | Diego pereira lopez | person | diegosanpiragua@gmail.com 9s944zhjny@privaterelay.apple id.com | ES | 137 | 125 | 12 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-07-26T03:28:18.822Z | COMPLETED |
| 2022-07-19 9:31 AM | OYO Fitness | OYO Fitness | Mubashar Ghani | person | | US | 125 | 125 | 0 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-07-26T03:28:18.822Z | COMPLETED |
| 2022-07-19 4:22 AM | OYO Fitness | OYO Fitness | Karl Fugitt | person | kfugitt@hotmail.com | US | 125 | 125 | 0 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-07-26T03:28:18.822Z | COMPLETED |
| 2022-07-19 2:25 AM | OYO Fitness | OYO Fitness | Julieann Paracsi | person | jparacsiinvesting@yahoo.com narayan.iyer@rockwellcollins.c | US | 125 | 125 | 0 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-07-26T03:28:18.822Z | COMPLETED |
| 2022-07-18 16:25 PM | OYO Fitness | OYO Fitness | Narayan Iyer | person | om jacob.monnin.shopping@gmail | US | 125 | 125 | 0 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-07-26T03:28:18.822Z | COMPLETED |
| 2022-07-17 14:48 PM | OYO Fitness | OYO Fitness | Jacob Monnin | person | .com | US | 125 | 125 | 0 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-07-26T03:28:18.822Z | COMPLETED |
| 2022-07-16 13:18 PM | OYO Fitness | OYO Fitness | Bryan Clark | person | bryan@furlessone.com | US | 125 | 125 | 0 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-07-26T03:28:18.822Z | COMPLETED |
| 2022-07-15 10:49 AM | OYO Fitness | OYO Fitness | Stephen Perrine | person | sperrine@sbcglobal.net | US | 125 | 125 | 0 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-07-26T03:28:18.822Z | COMPLETED |
| 2022-07-14 17:57 PM | OYO Fitness | OYO Fitness | Carlos Mata Jr | person | carlosmataj6532@gmail.com drawn_by_intellect@yahoo.co | US | 125 | 125 | 0 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-07-19T06:44:14.032Z | COMPLETED |
| 2022-07-14 12:31 PM | OYO Fitness | OYO Fitness | Brian Laguerre | person | m | US | 125 | 125 | 0 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-07-19T06:44:14.032Z | COMPLETED |
| 2022-07-14 6:29 AM | OYO Fitness | OYO Fitness | Ellen Vadney | person | iecvadney@hotmail.com | US | 125 | 125 | 0 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-07-19T06:44:14.032Z | COMPLETED |
| 2022-07-13 17:08 PM | OYO Fitness | OYO Fitness | Akinola Emmanuel | person | akinemma@gmail.com | US | 125 | 125 | 0 | $250.00 | $8.75 | $258.75 ach | SUBMITTED | INVESTED | 2022-07-26T03:13:25.285Z | COMPLETED |
| 2022-07-13 14:24 PM | OYO Fitness | OYO Fitness | Thomas Ferrara | person | doc465@aol.com | US | 137 | 125 | 12 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-07-19T06:44:14.032Z | COMPLETED |
| 2022-05-18 15:19 PM | OYO Fitness | OYO Fitness | Gerald Rosier | person | brownguboy@yahoo.com | US | 125 | 125 | 0 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-05-24T04:49:23.277Z | COMPLETED |
| 2022-05-08 6:38 AM | OYO Fitness | OYO Fitness | David Gondrez | person | davidgondrez@yahoo.com | US | 125 | 125 | 0 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-05-17T06:51:03.663Z | COMPLETED |
| 2022-05-02 19:20 PM | OYO Fitness | OYO Fitness | Vadim Mezhebovsky | person | vadimm@comcast.net | US | 137 | 125 | 12 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-05-10T06:19:48.369Z | COMPLETED |
| 2022-04-22 10:19 AM | OYO Fitness | OYO Fitness | Aaron Chandler | person | ascstotaman68@yahoo.com | US | 125 | 125 | 0 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-05-10T05:53:42.926Z | COMPLETED |
| 2022-04-13 19:43 PM | OYO Fitness | OYO Fitness | Craig Cox | person | craigoptmark@gmail.com | US | 125 | 125 | 0 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-04-20T04:55:44.523Z | COMPLETED |
| 2022-04-13 14:35 PM | OYO Fitness | OYO Fitness | Evelyn Torres | person | eve_torres@hotmail.com | US | 125 | 125 | 0 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-04-20T04:55:44.523Z | COMPLETED |
| 2022-04-13 9:54 AM | OYO Fitness | OYO Fitness | WEN CHUANG | person | wchuang09@yahoo.com william.szczepanski@gmail.co | US | 125 | 125 | 0 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-04-20T04:55:44.523Z | COMPLETED |
| 2022-04-12 15:44 PM | OYO Fitness | OYO Fitness | William Szczepanski | person | m | US | 125 | 125 | 0 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-04-20T04:55:44.523Z | COMPLETED |
| 2022-04-12 13:50 PM | OYO Fitness | OYO Fitness | Patricia Fragen | person | sostricia@gmail.com | US | 125 | 125 | 0 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-04-20T04:55:44.523Z | COMPLETED |
| 2022-04-12 13:30 PM | OYO Fitness | OYO Fitness | Amy Melissa Loggans | person | amt2nb@gmail.com | US | 125 | 125 | 0 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-04-20T04:55:44.523Z | COMPLETED |
| 2022-04-10 15:04 PM | OYO Fitness | OYO Fitness | Graham Henry | person | grjhenry@gmail.com | US | 125 | 125 | 0 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-04-20T04:55:44.523Z | COMPLETED |
| 2022-04-07 10:48 AM | OYO Fitness | OYO Fitness | Corey Grip | person | gripster9518@hotmail.com | US | 137 | 125 | 12 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-04-16T05:02:27.675Z | COMPLETED |
| 2022-04-03 10:40 AM | OYO Fitness | OYO Fitness | Paul Sandelin | person | plmarine@yahoo.com | US | 125 | 125 | 0 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-04-16T05:02:27.675Z | COMPLETED |
| 2022-03-31 9:35 AM | OYO Fitness | OYO Fitness | Christine Pisano | person | christine@christinepisano.com | US | 125 | 125 | 0 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-29 9:58 AM | OYO Fitness | OYO Fitness | Toni Owens | person | toni.owens82@gmail.com | US | 125 | 125 | 0 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-29 8:49 AM | OYO Fitness | OYO Fitness | Michael Orosz | person | morosz2@rockets.utoledo.edu | US | 131 | 125 | 6 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-29 6:49 AM | OYO Fitness | OYO Fitness | Kenneth Perez-Marrero | person | kmpmarrero@gmail.com | US | 131 | 125 | 6 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-28 16:29 PM | OYO Fitness | OYO Fitness | Daniel Stein | person | dsatshick@gmail.com | US | 131 | 125 | 6 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-28 15:13 PM | OYO Fitness | OYO Fitness | paul petersen | person | paul_petersen@pacbell.net | US | 131 | 125 | 6 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-28 6:25 AM | OYO Fitness | OYO Fitness | David Dornier | person | reinroddmd@gmail.com | US | 131 | 125 | 6 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-27 19:08 PM | OYO Fitness | OYO Fitness | Kevin Ram | person | fijiraj@yahoo.com | US | 131 | 125 | 6 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-27 18:34 PM | OYO Fitness | OYO Fitness | Edward A Sawabini | person | inibawas@gmail.com | US | 131 | 125 | 6 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-27 15:00 PM | OYO Fitness | OYO Fitness | Victor Whitacre | person | cashacre@mail.com nhy5lng07jz@privaterelay.apple id.com | US | 131 | 125 | 6 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-27 13:17 PM | OYO Fitness | OYO Fitness | Christopher Chin | person | | US | 131 | 125 | 6 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-27 9:38 AM | OYO Fitness | OYO Fitness | Ryan Critchett | person | rjcritchett@gmail.com | US | 131 | 125 | 6 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-27 9:20 AM | OYO Fitness | OYO Fitness | Jose Asenjo | person | asenjo729@aol.com | US | 131 | 125 | 6 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022-03-25 16:27 PM | OYO Fitness | OYO Fitness | Edward O'Connor | person | evojr1@gmail.com | US | 131 | 125 | 6 | $250.00 | $8.75 | $258.75 ach | SUBMITTED | INVESTED | 2022-05-17T06:42:08.091Z | COMPLETED |
| 2022-03-25 10:02 AM | OYO Fitness | OYO Fitness | J. Rucker McCarty | person | uvaruck@gmail.com | US | 131 | 125 | 6 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-24 14:25 PM | OYO Fitness | OYO Fitness | Tammy Newton | person | toe392@yahoo.com | US | 131 | 125 | 6 | $250.00 | $8.75 | $258.75 ach | SUBMITTED | INVESTED | 2022-04-04T19:54:45.175Z | COMPLETED |
| 2022-03-24 11:31 AM | OYO Fitness | OYO Fitness | Jonathan Michael Anonuevo | person | jonathan.anonuevo@gmail.com | US | 131 | 125 | 6 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-04-16T05:02:27.675Z | COMPLETED |
| 2022-03-24 9:12 AM | OYO Fitness | OYO Fitness | Thomas Ferrara | person | doc465@aol.com | US | 137 | 125 | 12 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-24 2:10 AM | OYO Fitness | OYO Fitness | Melissa Takahashi | person | me.cee59@gmail.com | US | 131 | 125 | 6 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-23 15:29 PM | OYO Fitness | OYO Fitness | Daniel Vega | person | dvegas13@gmail.com | US | 131 | 125 | 6 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-22 15:47 PM | OYO Fitness | OYO Fitness | Patrick Hopper | person | pathopperlpc@gmail.com | US | 131 | 125 | 6 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-22 2:53 AM | OYO Fitness | OYO Fitness | Devin Omoto | person | omotod@msn.com | US | 137 | 125 | 12 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-21 9:02 AM | OYO Fitness | OYO Fitness | Phil O'Donnell | person | phylodo@hotmail.com | US | 137 | 125 | 12 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-20 21:58 PM | OYO Fitness | OYO Fitness | Sheldon Daniels | person | sdaniels1@gmail.com | US | 137 | 125 | 12 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-20 21:28 PM | OYO Fitness | OYO Fitness | Stanley Ram | person | sffree1224@hotmail.com | US | 137 | 125 | 12 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-20 21:05 PM | OYO Fitness | OYO Fitness | Thomas Phelps | person | tkphelpsco@gmail.com | US | 137 | 125 | 12 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-20 17:17 PM | OYO Fitness | OYO Fitness | Stephen Ray | person | captainsteveray@gmail.com | US | 137 | 125 | 12 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-20 16:27 PM | OYO Fitness | OYO Fitness | Patrick Regan | person | pwr888@gmail.com | US | 137 | 125 | 12 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-20 15:21 PM | OYO Fitness | OYO Fitness | Riley Ramos | person | riley.ramos@hotmail.com | US | 137 | 125 | 12 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-20 15:15 PM | OYO Fitness | OYO Fitness | Stan Kirkley | person | skirkley58@gmail.com | US | 137 | 125 | 12 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-20 14:52 PM | OYO Fitness | OYO Fitness | Lawrence Avancena | person | law.avancena@gmail.com | US | 137 | 125 | 12 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-18 20:43 PM | OYO Fitness | OYO Fitness | Michael Rogers | person | mrr@michaelrrogers.com | US | 137 | 125 | 12 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-18 20:23 PM | OYO Fitness | OYO Fitness | Robert Weech-Maldonado | person | robweech@gmail.com | US | 137 | 125 | 12 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-18 18:52 PM | OYO Fitness | OYO Fitness | Santiago cespedes | person | s-ces@outlook.com | MX | 137 | 125 | 12 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-05-10T06:19:48.369Z | COMPLETED |
| 2022-03-18 8:53 AM | OYO Fitness | OYO Fitness | Gordon Jones | person | gordonbjones@outlook.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-18 7:54 AM | OYO Fitness | OYO Fitness | Nicholas Dunn | person | gldn@hotmail.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-17 23:53 PM | OYO Fitness | OYO Fitness | Chris Kan | person | ckan80@hotmail.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-17 22:40 PM | OYO Fitness | OYO Fitness | Andrew Cameron | person | acameron22@gmail.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-17 18:01 PM | OYO Fitness | OYO Fitness | David Macario | person | david@macario.us | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-17 17:09 PM | OYO Fitness | OYO Fitness | Kenny Roberts | person | kenny.roberts@me.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-17 16:07 PM | OYO Fitness | OYO Fitness | Michael Golt | person | mgolt@ycp.edu | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 ach | SUBMITTED | INVESTED | 2022-03-28T18:02:44.637Z | COMPLETED |
| 2022-03-17 15:37 PM | OYO Fitness | OYO Fitness | Joseph Cook | person | joboyogi@hotmail.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-17 12:07 PM | OYO Fitness | OYO Fitness | Norman Hoppe | person | hoppefam1997@gmail.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-28T17:57:57.945Z | COMPLETED |
| 2022-03-17 11:25 AM | OYO Fitness | OYO Fitness | Duane Tucker | person | tuckerduane@yahoo.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-17 10:35 AM | OYO Fitness | OYO Fitness | Abhijit Upasani | person | abhijit.upasani@icloud.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-17 8:03 AM | OYO Fitness | OYO Fitness | Rachel Fitzpatrick | person | lifecoachrachel@yahoo.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-17 6:27 AM | OYO Fitness | OYO Fitness | Jennifer Roberge | person | jrbooklvr@aol.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-17 6:21 AM | OYO Fitness | OYO Fitness | Amit Fridman | person | amif2000@gmail.com | IL | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-05-10T06:19:48.369Z | COMPLETED |
| 2022-03-17 4:21 AM | OYO Fitness | OYO Fitness | Steven Winston | person | steve63147@yahoo.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-04-16T05:02:27.675Z | COMPLETED |
| 2022-03-17 3:06 AM | OYO Fitness | OYO Fitness | Matt Wyre | person | matt.wyre@gmail.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-16 21:46 PM | OYO Fitness | OYO Fitness | John White | person | duowhitelancer@gmail.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 ach | SUBMITTED | INVESTED | 2022-03-28T18:02:44.637Z | COMPLETED |
| 2022-03-16 20:02 PM | OYO Fitness | OYO Fitness | John Paul Wells | person | jpwells123@gmail.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-16 19:45 PM | OYO Fitness | OYO Fitness | Michael Laker | person | mwlaker44@yahoo.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-16 19:26 PM | OYO Fitness | OYO Fitness | Marianna Bailey | person | maestrichtnl@icloud.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-16 17:45 PM | OYO Fitness | OYO Fitness | Mitchell Lindgren | person | mitch@lindg.ren | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 ach | SUBMITTED | INVESTED | 2022-03-28T18:02:44.637Z | COMPLETED |
| 2022-03-16 17:18 PM | OYO Fitness | OYO Fitness | Edward Medlock | person | ekmedlock@gmail.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 ach | SUBMITTED | INVESTED | 2022-03-28T18:02:44.637Z | COMPLETED |
| 2022-03-16 17:10 PM | OYO Fitness | OYO Fitness | Eduardo Alfonzo | person | zyc8z6cgf9@privaterelay.apple id.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 ach | SUBMITTED | INVESTED | 2022-03-28T18:02:44.637Z | COMPLETED |
| 2022-03-16 16:24 PM | OYO Fitness | OYO Fitness | Jeffrey Satz | person | jeffreysatz@gmail.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-16 16:01 PM | OYO Fitness | OYO Fitness | Michele Adeleye | person | msadeleye624@yahoo.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-16 14:47 PM | OYO Fitness | OYO Fitness | Catherine Cline | person | crcline27@gmail.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-16 14:12 PM | OYO Fitness | OYO Fitness | Claude Hubert | person | c.hubert.63@outlook.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-16 13:56 PM | OYO Fitness | OYO Fitness | Michael Reckles | person | mreckles@outlook.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-16 13:28 PM | OYO Fitness | OYO Fitness | Hector Jimenez | person | hector@backendservers.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-16 13:02 PM | OYO Fitness | OYO Fitness | Brady Benson | person | drbbenson@yahoo.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022-03-16 12:49 PM | OYO Fitness | OYO Fitness | Christine Solga | person | csolga11@gmail.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-16 12:47 PM | OYO Fitness | OYO Fitness | Gordon Ferguson | person | grferguson01@gmail.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-16 9:36 AM | OYO Fitness | OYO Fitness | Patricia Stentz-Howard | person | pslentzhoward1@gmail.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-16 8:26 AM | OYO Fitness | OYO Fitness | Ferhat Bacha | person | talaazizt@outlook.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 ach | SUBMITTED | INVESTED | 2022-03-28T18:02:44.637Z | COMPLETED |
| 2022-03-16 7:25 AM | OYO Fitness | OYO Fitness | Stephen LaMonica | person | stevelamonica@yahoo.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-16 6:59 AM | OYO Fitness | OYO Fitness | Denyveaus Sells | person | deeslls@aol.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-04-04T19:52:38.783Z | COMPLETED |
| 2022-03-15 19:49 PM | OYO Fitness | OYO Fitness | Alister Galpin | person | alister@galpin.net.nz | NZ | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-05-10T06:19:48.369Z | COMPLETED |
| 2022-03-15 15:19 PM | OYO Fitness | OYO Fitness | Joe Kessinger | person | joekessinger@gmail.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-15 15:11 PM | OYO Fitness | OYO Fitness | Jimmie Sharp | person | jsharp324@gmail.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-05-10T06:19:48.369Z | COMPLETED |
| 2022-03-15 14:42 PM | OYO Fitness | OYO Fitness | MIKE RANSDELL | person | mikelransdell@gmail.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-15 14:17 PM | OYO Fitness | OYO Fitness | Paunya LLC | company | sonya@paunya.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-15 12:51 PM | OYO Fitness | OYO Fitness | Ryan Harrison | person | contactryan@aol.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-15 11:41 AM | OYO Fitness | OYO Fitness | Venus Van Horn | person | vvanhorn@oyofitness.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 credit_card | SUBMITTED | INVESTED | 2022-03-21T18:35:19.005Z | COMPLETED |
| 2022-03-15 11:37 AM | OYO Fitness | OYO Fitness | Kevin Ahrens | person | kev.ahrens@gmail.com | US | 143 | 125 | 18 | $250.00 | $8.75 | $258.75 ach | SUBMITTED | INVESTED | 2022-03-28T18:02:44.637Z | COMPLETED |
| | | | | | | | 181,572 | 166,765 | 14,807 | $333,530.00 | $11,323.55 | $344,853.55 | | | | |
| | | | | | | | 181,572 | | | | | $344,853.55 | | | | |

5,812,500

# United States Bankruptcy Court
## District of Kansas

In re    OYO Fitness, Inc.

Debtor(s)

Case No.
Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  OYO Fitness, Inc.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Bruce Salvaggio
9240 High Drive
Leawood, KS 66206

Jami Sunkel
6711 Stella Link Road
Houston, TX 77005

Joseph Baker

Joseph Kessinger
2914 West 72nd Terrace
Prairie Village, KS 66208

Judy Chiao
6711 Stella Link Road
Houston, TX 77005

Kurt Van Keppel
PO Box 410182
Kansas City, MO 64141-0182

Leroy Chiao
6711 Stella Link Road
SDuite 353
Houston, TX 77005

Leroy Chiao
6711 Stella Link Road
SDuite 353
Houston, TX 77005

Luis Felipe Derani

Nicholas Bolton
15701 Riley Street
Overland Park, KS 66223

Paul Francis
374 North 750th Road
Overbrook, KS 66524

Ripple Consulting, LLC
5927 Locust
Kansas City, MO 64110

Sonya Andrews
3208 Southwest Trafficway
Kansas City, MO 64111

Sonya Andrews
3208 Southwest Trafficway
Kansas City, MO 64111

Start Engine EQ Crowdfunders
See Attached Exhibit A

Terry Rouse
3941 Gennessee Street
Kansas City, MO 64111

Thomas Houlehan
330 West 47th Street
Kansas City, MO 64112

Thomas Houlehan
330 West 47th Street
Kansas City, MO 64112

☐ None [*Check if applicable*]

| | |
|---|---|
| June 21, 2024 | /s/ Colin Gotham |
| Date | Colin Gotham KS#19538; MO#52343 |

Signature of Attorney or Litigant
Counsel for    OYO Fitness, Inc.

Evans & Mullinix, P.A.

7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700 Fax:(913) 962-8701
cgotham@emlawkc.com