# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS
# AT KANSAS CITY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| OYO FITNESS, LLC, | ) | Case No. 24-20781-RDB |
| | ) | Chapter 11 |
| Debtor. | ) | Subchapter V |

## STATUS REPORT

COMES NOW the Debtor and Debtor-in-Possession, P.A., OYO Fitness, LLC, by and through counsel Colin N. Gotham of Evans & Mullinix, P.A., and submits this Status Report as pursuant to the Order Scheduling Chapter 11 Status Small Business Debtor Conference, and Directing Notice [doc. #19] as follows:

1. On June 21, 20, Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). Pursuant to §§ 1107 and 1108 of the Bankruptcy Code, the Debtor remains as Debtor-in-Possession. Further, on June 3, 2024, Debtor applied to employ Colin N. Gotham and Evans & Mullinix, P.A. as counsel for Debtor [doc. 76].

2. The Subchapter V Trustee that has been appointed in this case is:

> Robbin L Messerli
> 3512 W 71st Street
> Prairie Village, KS 66208
> 913-662-3524

3. This Debtor is a small business Debtor as defined in 11 U.S.C. §101(51D)(A), as amended, and no one has objected to the Debtor's election to proceed under Subchapter V.

4. The deadline for filing Proof of Claims has been fixed for **August 30, 2024.** The deadline for filing governmental claims has been fixed for **December 18, 2024.**

5. The Debtor proposes that any objections to claims by non-governmental creditors be filed by shall be filed by **November 1, 2024**.

6. The Debtor proposes filing a spreadsheet report of allowed and disputed claims by class by **September 30, 2024**.

7. The Debtor proposes that any avoidance actions shall be filed by **February 15, 2025.**

8. The Debtor proposes that a Plan shall be filed by **September 19, 2024.**

9. In order to attain a consensual plan of reorganization Debtor will negotiate terms with secured creditors. The Debtor does not believe that many of the alleged secured creditors are properly secured.

   a. The possible holders of secured claims:
       i. Amazon Capital Services, Inc.
       ii. Celtic Bank Corp. / Blue Vine
       iii. EBF Holdings / Everest Business Funding
       iv. Funding Metrics / Lindini
       v. Goldman Sachs Bank USA
       vi. Headway Capital, LLC
       vii. PayPal Working Capital
       viii. PayPay Loan / Loan Builder
       ix. Unique Funding Solutions
   b. The general unsecured non-priority creditors:
       i. Various
   c. The creditors holding unexpired executory contracts and leases:
       i. Smart Warehouse

10. The Debtor submits that:
   a. The Initial Financial Report and other documentation required by the United States Trustee have been provided to the United States Trustee. The first Monthly Operating Report is not due until August 20, 2024.

11. The Debtor has filed complete schedules.

12. The Internal Revenue Service has filed a Proof of Claim stating that the Debtor has not filed its Partnership returns for the 2022 and 2023 tax years. The Debtor filed corporate returns and believes that these are the only returns that were required.

13. The Debtor is making no post-petition payments.

14. The Debtor is making no adequate protection payments.

15. Debtor has reviewed and is complying with record keeping and reporting duties in Interim Rule 2015(a)(2), (3), (4), and (6) of Bankruptcy Procedure, as adopted by D. Kan. Bankr. S.O. 20-1 and D. Kan. LBR 2015.1.

16. The Debtor expects to dell assets and then determine the best procedure to distribute.

17. The Debtor's financial history for the years prior to the filing of the petition is as follows:

<u>Operation of Business</u>

2024     $4,000.00 (YTD)

2023     $84,251.00

2022     $2,067,728.00

18. The anticipated budget for professionals, in this case, is as follows:
    a. Counsel for Debtor     $15,000.00 - $25,000.00

19. The problems which require resolution are:
    a. Plan treatment of the general unsecured non-priority creditors.
    b. Plan treatment of the holders of secured claims.

Respectfully Submitted:

EVANS & MULLINIX, P.A.

*/s/ Colin N. Gotham*
Colin N. Gotham, KS #19538
7225 Renner Road, Suite 200
Shawnee, KS 66217
cgotham@emlawk.com
(913) 962-8700; (913) 962-8701 (Fax)
*Attorneys For Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system upon filing of the same.

*/s/ Colin N. Gotham*
Colin N. Gotham

{01023335}     3