**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number:  24–20781                          Chapter:  11

In re:

OYO Fitness, LLC
aka     OYO Fitness, Inc.
9240 High Drive
Leawood, KS 66206

EIN: 46–3071467

| **Filed and Entered By The Court** |
| --- |
| **8/21/24** |
| **David D. Zimmerman** |
| **Clerk of Court** |
| **US Bankruptcy Court** |

**ORDER TO CORRECT DEFECTIVE DOCUMENT(S)**

The following document was filed in this matter and is defective for the following reason(s):

*86* – Notice of Application for Leave to File Complaint and Stay and any additional pleadings without payment of fees with affidavit of financial status in support objections due August 21, 2024. Filed by David Angel Sifuentes III . (kjd)

*87* – Notice of Affidavit in support of motion for leave to file complaint and stay and additional pleadings without payments of fees, objections due August 8, 2024. Filed by David Angel Sifuentes III . (kjd)

*88* – Notice of Declaration of David Angel Sifuentes III in support of complaint and motion for stay, objections due August 21, 2024. Filed by David Angel Sifuentes III . (kjd)

**There are no motions filed to support these notices.**

The Court will take no further action and no hearing will be scheduled until the filer corrects the above–described deficiency.

The filer is ordered to correct all deficiencies listed above within fourteen (14) days of the date of this order. Failure to timely comply will result in this matter being set on the Court's show cause docket or denied, in the Court's sole discretion, without further notice.

It is so ORDERED.

Document 89 – 86, 87, 88

s/   Robert D. Berger
Judge, United States Bankruptcy Court