**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 29th day of August, 2024.**




Robert D. Berger
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS
## AT KANSAS CITY

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-20781-RDB |
| OYO FITNESS, INC., ) | Chapter 11 |
| ) | Subchapter V |
| DEBTOR. ) | |

### ORDER GRANTING DEBTOR'S MOTION TO SELL PROPERTY
### FREE AND CLEAR OF ALL LIENS PURSUANT TO 11 U.S.C. §363

This matter comes before the Court for hearing. The appearances are Colin N. Gotham, attorney for the Debtor; Andrew Nazar, attorney for Smart Warehouse; Robin L. Messerli, Subchapter V Trustee; and Richard Kear for the United States Trustee's Office.

**IT IS THEREFORE BY THE COURT ORDERED** that the Debtor's Motion to Sell Property Free and Clear of All Liens Pursuant to 11 U.S.C. §363 is hereby granted.

**IT IS FURTHER ORDERED** that the Debtor may sell the Debtor's inventory located at Smart Warehouse located in Lenexa, Kansas, including but not limited to those items listed in Exhibit A of the Debtor's Motion (the "**Inventory**") through the liquidator, VIA Trading Corporation, (the "**Liquidator**") and clear of all liens pursuant to 11 U.S.C. §363, including but not limited to any judgment lien or any other lien, provided nothing herein waives Smart Warehousing, LLC rights to claim amounts for post-petition storage. The Debtor shall file a notice of completion of the sale on docket within two (2) business days after it is completed indicating the buyers, and will provide their contact information to Smart Warehousing, LLC.

**IT IS FURTHER ORDERED** that all liens, including Smart Warehousing, LLC's liens and claims, attach to the net proceeds in the same validity, extent and priority as existing prepetition <u>after</u> payment of the advanced expenses and commission of twenty percent of the sale proceeds to VIA Trading Corporation, regardless of Smart Warehousing, LLC's release of the inventory from its possession.

**IT IS FURTHER ORDERED** that the Debtor shall retain the funds from the sale of inventory and file a Motion to Disburse Proceeds.

**IT IS FURTHER ORDERED** that any purchaser shall present proof of liability insurance at the time of the pickup of the sold items, and pick up such items within ten (10) days of completion of the sale, unless the purchaser makes other written arrangements with Smart Warehouse to cover the cost of continued storage.

**IT IS FURTHER ORDERED** that this is a final order and is enforceable upon entry pursuant to Rule 7062 and 9014 of the Federal Rules of Bankruptcy Procedure, and no automatic stay of execution, pursuant to Rule 62(a) of the Federal Rules of Civil Procedure and Bankruptcy Rule 6004(g), applies with respect to this Order.

**IT IS FURTHER ORDERED** that any Inventory not sold by the Liquidator after completion of its liquidation sale or as to any Inventory not timely picked (subject to written agreement of Smart Warehousing, LLC as stated above), is abandoned by the Debtor and may be disposed of by Smart Warehousing LLC free and clear of liens, claims and interests without any liability to estate, its creditors, purchasers or parties in interest. Smart Warehousing LLC shall file a notice on the docket of this case and provide the same to any purchaser providing ten (10) day's notice before disposing of any Inventory after completion of the sale by the Liquidator or failure of any purchaser to timely pick up their Inventory. As to any Inventory not timely retrieved by any purchaser after such notice period has expired, Smart Warehousing may dispose of such Inventory without any liability to the purchaser and such Inventory will be deemed abandoned by such purchaser.

**IT IS SO ORDERED.**

###

SUBMITTED AND APPROVED BY:

EVANS & MULLINIX, P.A.

*/s/ Colin N. Gotham*
Colin N. Gotham, KS #19538, MO #52343
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700; (913) 962-8701 (Fax)
cgotham@emlawkc.com
*Attorneys for the Debtor*


ILENE J. LASHINSKY
UNITED STATES TRUSTEE

/s/ *Richard Kear*
Richard Kear, No. 20724
Trial Attorney
301 North Main Street, Suite 1150
Wichita KS 67202
Telephone: (316) 269-6213
E-mail: richard.kear@usdoj.gov


POLSINELLI PC

*/s/ Andrew J. Nazar*
ANDREW J. NAZAR, KS #22381
900 West 48th Place, Suite 900
Kansas City, MO 64112
Tel: (816) 753-1000
Fax: (816) 753-1536
anazar@polsinelli.com
Attorneys for Smart Warehouse